AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK

ROBERT L. BROOKS, JR., in his capacity as Administrator of the ESTATE OF ROBERT L. BROOKS,

*Plaintiff(s)*

v.

ANTHONY FARINA, et al.

*Defendant(s)*

Civil Action No. 9:25-cv-68 (AMN/ML)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE ATTACHED ADDENDUM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Stephen G. Schwarz | Elizabeth Mazur |
| Lesley E. Niebel | Matthew J. Piers |
| FARACI LANGE, LLP | Caryn C. Lederer |
| 1822 South Winton Road, Suite 1 | Kate Schwartz |
| Rochester, New York 14618 | HUGHES SOCOL PIERS RESNICK & DYM, Ltd. |
| | 70 W. Madison Street Suite 4000 |
| | Chicago, Illinois 60602 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: January 16, 2025

Clerk of Court

s/Matthew Bartholomew
*Signature of Clerk or Deputy Clerk*

ADDENDUM TO SUMMONS IN A CIVIL ACTION

DEFENDANTS:

ANTHONY FARINA
116 Seneca Avenue
Oneida, New York 13421-2560

MATTHEW GALLIHER
15 Caryl Boulevard
Clinton, New York 13323-1101

NICHOLAS ANZALONE
9600 Podunk Road
Lee Center, New York 13363-2510

DAVID KINGSLEY
7730 Brownell Road, Trailor 9
Kirkville, New York 13082-9477

NICHOLAS KIEFFER
19 Willow Drive
Whitesboro, New York 13492-2024

ROBERT KESSLER
132 Ruth Avenue
Syracuse, New York 13210-2808

MICHAEL FISHER
129 Crane Landing
Manlius, New York 13104-9816

CHRISTOPHER WALRATH
6 Mossett Street
Binghamton, New York 13901

MICHAEL ALONG
112 Merritt Place
New Hartford, New York 13413-1904

SHEA SCHOFF
9689 State Route 26
Lee Center, New York 13363-2613

DAVID WALTERS
57 Clintonview Boulevard, Apt. 1
New Hartford, New York 13413-5340

MICHAEL MASHAW
34779 County Route 46
Theresa, New York 13691-3104

GLENN TROMBLEY
9462 Chalkstone Course, Apt. 9D
Brewerton, New York 13029-9502

KYLE DASHNAW
4863 Creaser Road
Westmoreland, New York 13490-1203

ABEDIN MEHMEDOVIC
608 Kossuth Avenue, Apt. 1
Utica, New York 13501-1809

DANIELLE MEDBURY
4854 Hyde Road
Manlius, New York 13104-9411

DANIEL MARTUSCELLO III
12 Clark Avenue
Troy, New York 12180-5002

and other as yet identified individuals.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: