AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| Robert L. Brooks, Jr., in his capacity as Administrator of the ESTATE OF ROBERT L. BROOKS SR. | ) |
| _Plaintiff_ | ) |
| v. | )   Case No.   9:25-cv-68-AMN-ML |
| Anthony Farina, et al. | ) |
| _Defendant_ | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                             .

Date:      01/16/2025                                               /s/ Elizabeth N, Mazur
                                                                       _Attorney's signature_

                                                              Elizabeth N, Mazur ARDC: 6290163
                                                                  _Printed name and bar number_

                                                              Hughes Socol Piers Resnick & Dym, Ltd.
                                                                   70 W. Madison St., Suite 4000
                                                                        Chicago, IL 60602

                                                                            _Address_

                                                                   emazur@hsplegal.com
                                                                        _E-mail address_

                                                                      (312) 604-2726
                                                                      _Telephone number_

                                                                      (312) 604-2726
                                                                        _FAX number_