AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| Robert L. Brooks, Jr., in his capacity as Administrator of the ESTATE OF ROBERT L. BROOKS SR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 9:25-cv-68-AMN-ML |
| Anthony Farina, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date:    01/16/2025

/s/ Kate E. Schwartz
*Attorney's signature*

Kate E. Schwartz ARDC: 6310130
*Printed name and bar number*

Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
*Address*

kschwartz@hsplegal.com
*E-mail address*

(312) 604-2750
*Telephone number*

(312) 604-2750
*FAX number*