AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| Robert L. Brooks, Jr., in his capacity as Administrator of the ESTATE OF ROBERT L. BROOKS SR. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 9:25-cv-68-AMN-ML |
| Anthony Farina, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 01/17/2025

/s/ Matthew J. Piers
*Attorney's signature*

Matthew J. Piers ARDC: 2206161
*Printed name and bar number*

Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602

*Address*

mpiers@hsplegal.com
*E-mail address*

(312) 604-2606
*Telephone number*

(312) 604-2606
*FAX number*