AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Northern District of New York

| | |
|---|---|
| Robert L. Brooks, Jr., in his capacity as Administrator of the ESTATE OF ROBERT L. BROOKS SR.<br>*Plaintiff*<br>v.<br>Anthony Farina, et al.<br>*Defendant* | Case No. 9:25-cv-68-AMN-ML |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 01/17/2025

/s/ Caryn C. Lederer
*Attorney's signature*

Caryn C. Lederer ARDC: 6304495
*Printed name and bar number*

Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
*Address*

clederer@hsplegal.com
*E-mail address*

(312) 604-2622
*Telephone number*

(312) 604-2622
*FAX number*