# Zimmer Law Office, PLLC

120 E. Washington Street - Suite 815
Syracuse, New York 13202
Phone: (315) 422-9909
Fax: (315) 422-9911*
*E-mail: kmz@kimzimmerlaw.com
*not for service of process

February 10, 2025

**Via ECF**

Honorable Miroslav Lovric,
United States Magistrate Judge
Federal Building and United States Courthouse
15 Henry Street
Binghamton, New York 13901

  Re: **Robert L. Brooks, Jr., in his capacity as Administrator of the Estate of Robert L. Brooks, Sr. v. Anthony Farina, et al.; Civil Action No.: 9:25-cv-68 (AMN/ML)**

Dear Judge Lovric:

  I represent Defendant Shea Schoff in the above matter. Mr. Schoff was served the Complaint on January 22, 2025, and his Answer is currently due on February 12, 2025. Mr. Schoff is one of seventeen defendants and it appears that several of Mr. Schoff's codefendants have not yet been served. This letter is to respectfully request a 60-day extension of time to file a responsive pleading. I make this request because I need additional time to review and discuss the Complaint with Mr. Schoff, and also based upon obligations I have to other clients.

  I have corresponded with Elizabeth N. Mazur, Esq., Attorney for Plaintiff, and she advised she has no objection to this request.

  Thank you for your consideration and courtesy.

          Very truly yours,

          ZIMMER LAW OFFICE, PLLC

          *Kimberly Zimmer/kac*
          Kimberly M. Zimmer

KMZ/kac

cc: Elizabeth N. Mazur, Esq., via email