## AFFIRMATION OF SERVICE

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

Civil Action Number: **9:25-CV-68 (AMN/ML)**
Date Filed: **01/16/25**

Plaintiff(s):
ROBERT L. BROOKS, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF ROBERT L. BROOKS
vs
Defendant(s):
ANTHONY FARINA, ET AL

JAKEEM PENN, the undersigned, pursuant to CPLR 2106, and under the penalties of perjury, herby affirms as follows that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 02/13/2025 at 11:45 AM, deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT (JURY TRIAL DEMANDED)** on ROBERT KESSLER at 8987 CAMRODEN RD., HOLLAND PATENT, NY 13354 by affixing the aforementioned documents to the door of ROBERT KESSLER's said residence, since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same.

Deponent made prior effort to effect personal service upon ROBERT KESSLER at the aforementioned address to wit:

01/24/2025 1:08 PM 8987 CAMRODEN ROAD, HOLLAND PATENT, NY 13354 DEPONENT SPOKE WITH MALE OCCUPANT WHO STATED THAT THE DEFENDANT IS NOT HOME. DEPONENT BELIEVES HIM TO BE THE DEFENDANT.
01/29/2025 8:23 AM 8987 CAMRODEN ROAD, HOLLAND PATENT, NY 13354 NO ANSWER AT DOOR
01/29/2025 1:49 PM 8987 CAMRODEN ROAD, HOLLAND PATENT, NY 13354 DEPONENT ADVISES THE FRONT DOOR IS SNOWED IN AND UNABLE TO GET TO IT. VEHICLE IN DRIVEWAY. NO ANSWER AT DOOR.
02/06/2025 6:55 PM 8987 CAMRODEN ROAD, HOLLAND PATENT, NY 13354 NO ANSWER AT DOOR
02/08/2025 9:35 AM 8987 CAMRODEN ROAD, HOLLAND PATENT, NY 13354 NO ANSWER AT DOOR
02/10/2025 11:18 AM 8987 CAMRODEN ROAD, HOLLAND PATENT, NY 13354 DEPONENT WAS GREETED BY THE SUBJECT'S FATHER, WHO STATED HE DOES NOT RESIDE THERE HE WAS JUST THERE DOING FLOOR REPAIR HE CONFIRMED THIS IS ROBERT'S ADDRESS HOWEVER, HE WOULD NOT ADVISE WHEN HE WOULD BE AVAILABLE.
02/13/2025 11:44 AM 8987 CAMRODEN RD., HOLLAND PATENT, NY 13354 SEE COMMENTS

On 02/13/2025 Deponent also deposited a copy of same in one first-class envelope and in one certified postpaid sealed envelope bearing the words "Personal & Confidential" properly addressed to ROBERT KESSLER at 8987 CAMRODEN RD., HOLLAND PATENT, NY 13354 in an official depository under exclusive care and custody of the United States Postal Service within the State of New York. The envelopes did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the respondent.

**Comments:**
DEPONENT SPOKE TO THE FATHER OF ROBERT kESSLER WHO CONFIRMED THIS WAS IS RESIDENCE.

I affirm on 2/14, 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an proceeding in a court of law.

X JAKEEM PENN
Job #: 161955

## AFFIRMATION OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

Civil Action Number: **9:25-CV-68 (AMN/ML)**
Date Filed: **01/16/25**

Plaintiff(s):
ROBERT L. BROOKS, JR., IN HIS CAPACITY AS ADMINISTRATOR OF THE ESTATE OF ROBERT L. BROOKS
vs
Defendant(s):
ANTHONY FARINA, ET AL

JAKEEM PENN, the undersigned, pursuant to CPLR 2106, and under the penalties of perjury, herby affirms as follows that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 02/05/2025 at 3:33 PM, deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT (JURY TRIAL DEMANDED)** on **DANIELLE MEDBURY** at **4854 HYDE ROAD, MANLIUS, NY 13104** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to "JANE DOE" (NAME REFUSED), MOTHER/CO-OCCUPANT, of DANIELLE MEDBURY, a person of suitable age and discretion. Said premises is DANIELLE MEDBURY's usual place of residence within the State of New York.

On 02/06/2025 Deponent also deposited a copy of same in one first-class envelope and in one certified postpaid sealed envelope bearing the words "Personal & Confidential" properly addressed to DANIELLE MEDBURY at 4854 HYDE ROAD, MANLIUS, NY 13104 in an official depository under exclusive care and custody of the United States Postal Service within the State of New York. The envelopes did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the respondent.

**Comments:**
ATTEMPTED ON 1/28-1:24 PM, 1/25-11:22 AM, 1/23-8:34 AM, 1/21-2:35 PM

**Perceived Description:**
Gender: FEMALE   Race: WHITE   Age: 56 - 65 Yrs.   Weight: 131-160 Lbs.   Height: 5ft 4in - 5ft 8in   Hair: LIGHT BROWN
Glasses: NO   Other:

I asked the person spoken to whether defendant was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of the state of New York or the United States as that term is defined in either the State or in the Federal statutes.

Served at following GPS coordinates, Lat: 43.006426 Long: -75.949671

I affirm on 01/31/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
**JAKEEM PENN**
Job #: 161849