

**HSPRD**

70 West Madison Street
Suite 4000
Chicago, Illinois 60602
T 312.580.0100
F 312.580.1994

hsplegal.com

**ELIZABETH MAZUR**
*Tel* 312-604-2726
*Fax* 312-604-2726
emazur@hsplegal.com

May 1, 2025

Hon. Miroslav Lovric
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

    Re: *Brooks v. Farina, et al.*, 25 CV 68 (N.D.N.Y.)

Dear Magistrate Judge Lovric,

    On April 14, 2025, Defendant Daniel Martuscello filed a motion to dismiss Plaintiff's claims. *See* ECF No. 38. Plaintiff's response to that motion is currently due on May 5, 2025. *Id.*

    Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff plans to respond to Defendant Martuscello's motion to dismiss by amending his complaint. Under Rule 15(a)(1)(B), the amended complaint is due on May 5, 2025.

    Plaintiff respectfully requests a 14-day extension of time to file his amended compliant, such that it is due on or before May 19, 2025.

    Plaintiff's counsel has conferred with counsel for Defendant Martuscello, who states that he does not object to the relief sought in this letter.

Sincerely,

Elizabeth Mazur

**HUGHES SOCOL PIERS RESNICK & DYM, LTD.**