UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ROBERT L. BROOKS JR., in his capacity as Administrator of the ESTATE OF ROBERT L. BROOKS SR.,

        Plaintiff,

v.

ANTHONY FARINA, MATTHEW GALLIHER, NICHOLAS ANZALONE, DAVID KINGSLEY, NICHOLAS KIEFFER, ROBERT KESSLER, MICHAEL FISHER, CHRISTOPHER WALRATH, MICHAEL ALONG, SHEA SCHOFF, DAVID WALTERS, MICHAEL MASHAW, GLENN TROMBLEY, KYLE DASHNAW, ABEDIN MEHMEDOVIC, DANIELLE MEDBURY, DANIEL MARTUSCELLO III, and other as yet identified individuals.

        Defendants.

No. 9:25-cv-00068-AMN-ML

PLAINTIFF'S STATUS REPORT

---

Pursuant to the Court's 5/5/25 order, *see* ECF No. 94, Plaintiff Robert L. Brooks Jr., in his capacity as administrator of the Estate of Robert L. Brooks Sr., provides the following status report:

1.    Plaintiff confirms that all affidavits of service have been filed on the docket. *See* ECF No. 8 (Farina, Anzalone, Kingsley, Kieffer, Schoff, Dashnaw); ECF No. 9 (Along, Galliher); ECF No. 13 (Martuscello); ECF No. 14 (Kessler, Medbury); ECF No. 18 (Mehmedovic); ECF No. 23 (Mashaw, Walrath, Walters); ECF No. 28 (Trombley); ECF No. 32 (Fisher).

2.    As these affidavits of service show, service of process has been completed on all Defendants.

3.  Defendants whose deadline to respond to the complaint has expired:

- **Nicholas Kieffer.** Affidavit of service at ECF No. 8; request for extension of time granted and answer due 4/14/25, *see* ECF No. 17.

- **David Kingsley.** Affidavit of service at ECF No. 8; request for extension of time granted and answer due 4/14/25, *see* ECF No. 17.

- **Christopher Walrath.** Affidavit of service at ECF No. 23; request for extension of time granted and answer due, *see* ECF No. 47.

- **David Walters.** Affidavit of service at ECF No. 23; request for extension of time granted and answer due 4/14/25, *see* ECF No. 25.

- **Glenn Trombley.** Affidavit of service at ECF No. 28; request for extension of time granted and answer due 4/28/25, *see* ECF No. 47.

Respectfully submitted:

/s/ Elizabeth Mazur
*Counsel for Plaintiff*

Elizabeth Mazur
Kate Schwartz
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
Tel: (312) 604-2726
Fax: (312) 604-2726
emazur@hsplegal.com
kschwartz@hsplegal.com

Stephen G. Schwarz
Lesley E. Niebel
FARACI LANGE, LLP
1822 South Winton Road, Suite 1
Rochester, New York 14618
Tel: 585.325.5150
Fax: 585.325.3285
sschwarz@faraci.com
lniebel@faraci.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 12, 2025, I electronically filed Plaintiff's Status Report with the Clerk of the court using the CM/ECF system, thereby serving a copy of the same on counsel listed below

Kimberly Zimmer
120 East Washington Street, Suite 815
Syracuse, New York 13202
Bar Roll No.: 505346
Tel: 315-422-9909
Fax: 315-422-9911
kmz@kimzimmerlaw.com
*Attorney for Shea Schoff*

William A. Scott
Assistant Attorney General
Attorney General of the State of New York
The Capitol
Albany, New York 12224
Bar Roll No.: 512434
Tel: 518-776-2255
William.Scott@ag.ny.gov
*Attorney for Daniel Martuscello III*

Thomas J. Murphy, Esq.
1800 AXA Tower 1
100 Madison St.
Syracuse, NY 13202
Bar Roll No.: 102248
Tel: 315-565-4572
Tjmurphy@hancocklaw.com
*Attorney for Defendant Danielle Medbury*

James L. Riotto II 4876488
30 W. Broad Street Suite 100
Rochester, NY 14614
Tel: 585-546-4001
Fax: 585-219-6242
Jriotto@riottolaw.com
*Attorney for Anthony Farina*

Brady J. O'Malley
231 Walton St
Syracuse, NY 13202
Bar Roll No.: 517407
Tel: 315-551-7438
brady@naveteam.com
*Attorney for Kyle Dashnaw*

Michael D. Assaf
Assaf & Siegal PLLC, 16 Corporate Woods Blvd., Albany, NY 12211
Bar Roll No.: 505592
Tel: 518-431-1000
Fax: 518-465-7200
massaf@assafandsiegal.com
*Attorney for Robert Kessler*

Andrew F. Pisanelli, Esq.
Milber Makris Plousadis & Seiden, LLP
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577
Bar Roll No.: 706313
Tel: 914-231-8025
apisanelli@milbermakris.com
*Attorneys for Defendant Abedin Mehmedovic*

Andrew R. Safranko 510803
Nicholas J. Evanovich III 520762
Lily G. Killar 705214
LaMarche Safranko Law PLLC
987 New Loudon Road
Cohoes, NY 12047
Tel: 518-982-0770
Fax: 518-982-0773
ASafranko@LSLawNY.com
NEvanovich@LSLawNY.com
LKillar@LSLawNY.com
*Attorneys for Nicholas Anzalone*

Alexandra N. von Stackelberg
Capezza Hill, LLP
30 South Pearl Street, P-110
Albany, New York 12207
Bar Roll No. 705595
Tel: 518-478-6065
allee@capezzahill.com
*Attorney for Michael Mashaw*

      I further hereby certify that on May 12, 2025 I caused a copy of Plaintiff's Status Report to be served on the individuals listed below by U.S. mail:

Michael Fisher
124 South Crescent Dr.
Rome, NY 13440

Nicholas Kieffer
19 Willow Drive
Whitesboro, NY 13492

David Kingsley
26 North Main
Adams, NY 13605

Christopher Walrath
117 Dockey Road
Little Falls, NY 13365

David Walters
7486 Rickmeyer Road
Rome, NY 13440

Glenn Trombley
10186 Washington Street
Copenhagen, NY 13626

Dated: May 12, 2025

                                                         By: /s/ Elizabeth Mazur
                                                         *Counsel for Plaintiff*