

**CAPEZZA HILL, LLP**
ATTORNEYS AT LAW

Thomas A. Capezza, Esq.

*Partner*

March 15, 2026

<u>**Via CM-ECF**</u>

Honorable Miroslav Lovric
United States Magistrate Judge
Northern District of New York
15 Henry Street
Binghampton, New York 13901

Re: <u>**Cressida A. Dixon v. Anthony Farina et al**</u>
**25-CV-00068 (AMN-ML)**

Dear Judge Lovric:

This firm represents Michael Mashaw in the above-referenced case. We respectfully request that Mr. Mashaw be given an additional thirty (30) days to file an answer to the Second Amended Complaint currently due March 23, 2026.

Consistent with the Court's Text Order we expect that Federal Express will deliver the subject hard drive to plaintiff's counsel on March 16, 2026, and "Plaintiff and the law firm of Capezza Hill, LLP shall file a Joint Status Report advising the Court after compliance with delivery of said hard drive." Moreover, "after the Court receives the Joint Status Report discussed herein and after compliance as discussed above, the Court intends to grant Motion [432] as filed by Capezza Hill, LLP".

Considering the above, we respectfully request that Mr. Mashaw be given an additional thirty (30) days to answer the Second Amended Complaint.

Respectfully submitted,

**CAPEZZA HILL, LLP**

THOMAS A. CAPEZZA

CC:     All counsel of record (via CM-ECF)

Michael Fisher (by U.S. mail)
124 South Crescent Dr.
Rome, NY 13440

Michael Mashaw
DIN 25R3903
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, NY 12788

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2026, I electronically filed a Letter Request with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record. I also mailed a copy of the request to the following individual via U.S. mail:

LEGAL MAIL
Michael Mashaw, DIN 25R3903
Woodbourne Correctional Facility
99 Prison Road
Woodbourne, NY 12788

Michael Fisher
124 South Crescent Dr.
Rome, NY 13440

Thomas A. Capezza