UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRIAN LAUDADIO, Monroe County Public
Administrator, in her capacity as Administrator of
the ESTATE OF ROBERT L. BROOKS, SR.,

                Plaintiff,

    v.

ANTHONY FARINA, MATTHEW GALLIHER,
NICHOLAS ANZALONE, DAVID KINGSLEY,
NICHOLAS KIEFFER, ROBERT KESSLER,
MICHAEL FISHER, CHRISTOPHER WALRATH,
MICHAEL ALONG, SHEA SCHOFF, DAVID
WALTERS, MICHAEL MASHAW, GLENN
TROMBLEY, KYLE DASHNAW, ABEDIN
MEHMEDOVIC, SHERRI ABREU, STEVEN
CAUFIELD, BOBBI BEDIENT, TRAVIS TABOR,
JOHN BANKERT, JARED POPEIL, DANIELLE
MEDBURY, MICHAEL D'AMORE, DANIEL
MARTUSCELLO III, and other as yet identified
individuals.

                Defendants.

---

**DEFENDANT DAVID WALTERS' ANSWER TO THE SECOND AMENDED COMPLAINT AND JURY DEMAND**

9:25-CV-68 (AMN/ML)

---

Defendant, DAVID WALTERS, as his answer to the Second Amended Complaint (Dkt. No. 469, the "Amended Complaint"), by his attorney PAUL J. TUCK, ESQ., Paul Tuck Attorney at Law PLLC, alleges as follows:

**INTRODUCTION**

1. Defendant DENIES the allegations contained in Paragraph "1" of the Amended Complaint.

2. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "2" of the Amended Complaint, and therefore DENIES them.

3. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "3" of the Amended Complaint, and therefore DENIES them.

1

4.    Defendant DENIES the allegations contained in Paragraph "4" of the Amended Complaint.

5.    Defendant ADMITS that there is body worn camera footage of some aspects of the incident described in the Amended Complaint but Defendant DENIES all other allegations contained in Paragraph "5" of the Amended Complaint.

6.    Defendant DENIES the allegations contained in Paragraph "6" of the Amended Complaint.

7.    Defendant DENIES the allegations contained in Paragraph "7" of the Amended Complaint.

8.    Defendant DENIES the allegations contained in Paragraph "8" of the Amended Complaint.

9.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "9" of the Amended Complaint, and therefore DENIES them.

10.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "10" of the Amended Complaint, and therefore DENIES them.

11.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "11" of the Amended Complaint, and therefore DENIES them.

12.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "12" of the Amended Complaint, and therefore DENIES them.

13.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "13" of the Amended Complaint, and therefore DENIES them.

14.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "14" of the Amended Complaint, and therefore DENIES them.

15.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "15" of the Amended Complaint, and therefore DENIES them.

16.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "16" of the Amended Complaint, and therefore DENIES them.

17.     Defendant DENIES the allegations contained in Paragraph "17" of the Amended Complaint.

18.     Defendant DENIES the allegations contained in Paragraph "18" of the Amended Complaint.

## JURISDICTION AND VENUE

19.     Paragraph "19" of the Amended Complaint contains a jurisdictional statement to which no response is required.

20.     Paragraph "20" of the Amended Complaint contains a jurisdictional statement to which no response is required.

21.     Paragraph "21" of the Amended Complaint contains a jurisdictional statement to which no response is required.

## PARTIES

22.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "22" of the Amended Complaint, and therefore DENIES them.

23.     Defendant ADMITS that he was an employee of the State of New York but otherwise DENIES the allegations contained in Paragraph "23" of the Amended Complaint to the extent that they reference his action.

24.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "24" of the Amended Complaint, and therefore DENIES them.

25.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "25" of the Amended Complaint, and therefore DENIES them.

26.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "26" of the Amended Complaint, and therefore DENIES them.

27.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "27" of the Amended Complaint, and therefore DENIES them.

28.    Defendant ADMITS that he was acting within the scope of his employment at all times relevant to the Amended Complaint but lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "28" of the Amended Complaint, as it relates to other defendants and therefore DENIES them.

**FACTS**

29.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "29" of the Amended Complaint, and therefore DENIES them..

30.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "30" of the Amended Complaint, and therefore DENIES them.

31.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "31" of the Amended Complaint, and therefore DENIES them.

32.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "32" of the Amended Complaint, and therefore DENIES them.

33.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "33" of the Amended Complaint, and therefore DENIES them.

34.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "34" of the Amended Complaint, and therefore DENIES them.

35.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "35" of the Amended Complaint, and therefore DENIES them.

36.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "36" of the Amended Complaint, and therefore DENIES them.

37.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "37" of the Amended Complaint, and therefore DENIES them.

38.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "38" of the Amended Complaint, and therefore DENIES them.

39.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "39" of the Amended Complaint, and therefore DENIES them.

40.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "40" of the Amended Complaint, and therefore DENIES them.

41.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "41" of the Amended Complaint, and therefore DENIES them.

42.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "42" of the Amended Complaint, and therefore DENIES them.

43.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "43" of the Amended Complaint, and therefore DENIES them.

44.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "44" of the Amended Complaint, and therefore DENIES them.

45.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "45" of the Amended Complaint, and therefore DENIES them.

46. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "46" of the Amended Complaint, and therefore DENIES them.

47. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "47" of the Amended Complaint, and therefore DENIES them.

48. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "48" of the Amended Complaint, and therefore DENIES them.

49. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "49" of the Amended Complaint, and therefore DENIES them.

50. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "50" of the Amended Complaint, and therefore DENIES them.

51. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "51" of the Amended Complaint, and therefore DENIES them.

52. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "52" of the Amended Complaint, and therefore DENIES them.

53. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "53" of the Amended Complaint, and therefore DENIES them.

54. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "54" of the Amended Complaint, and therefore DENIES them.

55. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "55" of the Amended Complaint, and therefore DENIES them.

56. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "56" of the Amended Complaint, and therefore DENIES them.

57. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "57" of the Amended Complaint, and therefore DENIES them.

58. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "58" of the Amended Complaint, and therefore DENIES them.

59. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "59" of the Amended Complaint, and therefore DENIES them.

60. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "60" of the Amended Complaint, and therefore DENIES them.

61. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "61" of the Amended Complaint, and therefore DENIES them.

62. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "62" of the Amended Complaint, and therefore DENIES them.

63. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "63" of the Amended Complaint, and therefore DENIES them.

64. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "64" of the Amended Complaint, and therefore DENIES them.

65. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "65" of the Amended Complaint, and therefore DENIES them.

66. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "66" of the Amended Complaint, and therefore DENIES them.

67. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "67" of the Amended Complaint, and therefore DENIES them.

68.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "68" of the Amended Complaint, and therefore DENIES them.

69.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "69" of the Amended Complaint, and therefore DENIES them.

70.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "70" of the Amended Complaint, and therefore DENIES them.

71.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "71" of the Amended Complaint, and therefore DENIES them.

72.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "72" of the Amended Complaint, and therefore DENIES them.

73.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "73" of the Amended Complaint, and therefore DENIES them.

74.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "74" of the Amended Complaint, and therefore DENIES them.

75.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "75" of the Amended Complaint, and therefore DENIES them.

76.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "76" of the Amended Complaint, and therefore DENIES them.

77.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "77" of the Amended Complaint, and therefore DENIES them.

78.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "78" of the Amended Complaint, and therefore DENIES them.

79.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "79" of the Amended Complaint, and therefore DENIES them.

80.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "80" of the Amended Complaint, and therefore DENIES them.

81.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "81" of the Amended Complaint, and therefore DENIES them.

82.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "82" of the Amended Complaint, and therefore DENIES them.

83.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "83" of the Amended Complaint, and therefore DENIES them.

84.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "84" of the Amended Complaint, and therefore DENIES them.

85.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "85" of the Amended Complaint, and therefore DENIES them.

86.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "86" of the Amended Complaint, and therefore DENIES them.

87.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "87" of the Amended Complaint, and therefore DENIES them.

88.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "88" of the Amended Complaint, and therefore DENIES them.

89.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "89" of the Amended Complaint, and therefore DENIES them.

90. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "90" of the Amended Complaint, and therefore DENIES them.

91. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "91" of the Amended Complaint, and therefore DENIES them.

92. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "92" of the Amended Complaint, and therefore DENIES them.

93. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "93" of the Amended Complaint, and therefore DENIES them.

94. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "94" of the Amended Complaint, and therefore DENIES them.

95. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "95" of the Amended Complaint, and therefore DENIES them.

96. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "96" of the Amended Complaint, and therefore DENIES them.

97. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "97" of the Amended Complaint, and therefore DENIES them.

98. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "98" of the Amended Complaint, and therefore DENIES them.

99. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "99" of the Amended Complaint, and therefore DENIES them.

100. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "100" of the Amended Complaint, and therefore DENIES them.

101.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "101" of the Amended Complaint, and therefore DENIES them.

102.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "102" of the Amended Complaint, and therefore DENIES them.

103.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "103" of the Amended Complaint, and therefore DENIES them.

104.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "104" of the Amended Complaint, and therefore DENIES them.

105.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "105 of the Amended Complaint, and therefore DENIES them.

106.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "106" of the Amended Complaint, and therefore DENIES them.

107.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "107" of the Amended Complaint, and therefore DENIES them.

108.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "108" of the Amended Complaint, and therefore DENIES them.

109.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "109" of the Amended Complaint, and therefore DENIES them.

110.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "110" of the Amended Complaint, and therefore DENIES them.

111.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "111" of the Amended Complaint, and therefore DENIES them.

112.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "112" of the Amended Complaint, and therefore DENIES them.

113.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "113" of the Amended Complaint, and therefore DENIES them.

114.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "114" of the Amended Complaint, and therefore DENIES them.

115.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "115" of the Amended Complaint, and therefore DENIES them.

116.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "116" of the Amended Complaint, and therefore DENIES them.

117.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "117" of the Amended Complaint, and therefore DENIES them.

118.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "118" of the Amended Complaint, and therefore DENIES them.

119.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "119" of the Amended Complaint, and therefore DENIES them.

120.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "120" of the Amended Complaint, and therefore DENIES them.

121.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "121" of the Amended Complaint, and therefore DENIES them.

122.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "122" of the Amended Complaint, and therefore DENIES them.

123.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "123" of the Amended Complaint, and therefore DENIES them.

124.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "124" of the Amended Complaint, and therefore DENIES them.

125.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "125" of the Amended Complaint, and therefore DENIES them.

126.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "126" of the Amended Complaint, and therefore DENIES them.

127.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "127" of the Amended Complaint, and therefore DENIES them.

128.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "128" of the Amended Complaint, and therefore DENIES them.

129.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "129" of the Amended Complaint, and therefore DENIES them.

130.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "130" of the Amended Complaint, and therefore DENIES them.

131.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "131" of the Amended Complaint, and therefore DENIES them.

132.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "132" of the Amended Complaint, and therefore DENIES them.

133.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "133" of the Amended Complaint, and therefore DENIES them.

134. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "134" of the Amended Complaint, and therefore DENIES them.

135. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "135" of the Amended Complaint, and therefore DENIES them.

136. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "136" of the Amended Complaint, and therefore DENIES them.

137. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "137" of the Amended Complaint, and therefore DENIES them.

138. Defendant does not know what proceeded the "red dot" call but admits that a "red dot" call was made on December 9, 2024, Defendant otherwise lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "138" of the Amended Complaint, and therefore DENIES them.

139. Defendant ADMITS the allegations contained in Paragraph "139" of the Amended Complaint.

140. Defendant ADMITS the allegations contained in Paragraph "140" of the Amended Complaint.

141. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "141" of the Amended Complaint, and therefore DENIES them.

142. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "142" of the Amended Complaint, and therefore DENIES them.

143. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "143" of the Amended Complaint, and therefore DENIES them.

144. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "144" of the Amended Complaint, and therefore DENIES them.

145. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "145" of the Amended Complaint, and therefore DENIES them.

146. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "146" of the Amended Complaint, and therefore DENIES them.

147. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "147" of the Amended Complaint, and therefore DENIES them.

148. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "148" of the Amended Complaint, and therefore DENIES them.

149. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "149" of the Amended Complaint, and therefore DENIES them.

150. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "150" of the Amended Complaint, and therefore DENIES them.

151. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "151" of the Amended Complaint, and therefore DENIES them.

152. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "152" of the Amended Complaint, and therefore DENIES them.

153. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "153" of the Amended Complaint, and therefore DENIES them.

154. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "154" of the Amended Complaint, and therefore DENIES them.

155. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "155" of the Amended Complaint, and therefore DENIES them.

156. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "156" of the Amended Complaint, and therefore DENIES them.

157. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "157" of the Amended Complaint, and therefore DENIES them.

158. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "158" of the Amended Complaint, and therefore DENIES them.

159. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "159" of the Amended Complaint, and therefore DENIES them.

160. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "160" of the Amended Complaint, and therefore DENIES them.

161. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "161" of the Amended Complaint, and therefore DENIES them.

162. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "162" of the Amended Complaint, and therefore DENIES them.

163. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "163" of the Amended Complaint, and therefore DENIES them.

164. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "164" of the Amended Complaint, and therefore DENIES them.

165. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "165" of the Amended Complaint, and therefore DENIES them.

166.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "166" of the Amended Complaint, and therefore DENIES them.

167.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "167" of the Amended Complaint, and therefore DENIES them.

168.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "168" of the Amended Complaint, and therefore DENIES them.

169.    Defendant ADMITS that he was stationed in the Infirmary and was aware that an inmate was going to arrive, Defendant otherwise lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "169" of the Amended Complaint, and therefore DENIES them.

170.    Defendant DENIES the allegations contained in Paragraph "170" of the Amended Complaint.

171.    Defendant DENIES the allegations contained in Paragraph "171" of the Amended Complaint.

172.    Defendant DENIES the allegations contained in Paragraph "172" of the Amended Complaint.

173.    Defendant DENIES the allegations contained in Paragraph "173" of the Amended Complaint.

174.    Defendant DENIES the allegations contained in Paragraph "174" of the Amended Complaint.

175.    Defendant DENIES that any hand gesture he made was to "indicate[] that officers wanted to be left alone with Robert" but ADMITS that he did communicate with nurses that evening.

17

176. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "176" of the Amended Complaint, and therefore DENIES them.

177. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "177" of the Amended Complaint, and therefore DENIES them.

178. Defendant DENIES the allegations contained in Paragraph "178" of the Amended Complaint.

179. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "179" of the Amended Complaint, and therefore DENIES them.

180. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "180" of the Amended Complaint, and therefore DENIES them.

181. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "181" of the Amended Complaint, and therefore DENIES them.

182. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "182" of the Amended Complaint, and therefore DENIES them.

183. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "183" of the Amended Complaint, and therefore DENIES them.

184. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "184" of the Amended Complaint, and therefore DENIES them.

185. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "185" of the Amended Complaint, and therefore DENIES them.

186. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "186" of the Amended Complaint, and therefore DENIES them.

187. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "187" of the Amended Complaint, and therefore DENIES them.

188. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "188" of the Amended Complaint, and therefore DENIES them.

189. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "189" of the Amended Complaint, and therefore DENIES them.

190. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "190" of the Amended Complaint, and therefore DENIES them.

191. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "191" of the Amended Complaint, and therefore DENIES them.

192. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "192" of the Amended Complaint, and therefore DENIES them.

193. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "193" of the Amended Complaint, and therefore DENIES them.

194. Defendant admits that he acted in accordance with normal procedure for intake of an inmate in the infirmary, Defendant otherwise lacks knowledge or information sufficient to form a belief as to the allegations related to other defendants contained in Paragraph "194" of the Amended Complaint, and therefore DENIES them.

195. Defendant ADMITS the allegations contained in paragraph "195" of the Amended Complaint.

196. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "196" of the Amended Complaint, and therefore DENIES them.

19

197.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "197" of the Amended Complaint, and therefore DENIES them.

198.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "198" of the Amended Complaint, and therefore DENIES them.

199.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "199" of the Amended Complaint, and therefore DENIES them.

200.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "200" of the Amended Complaint, and therefore DENIES them.

201.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "201" of the Amended Complaint, and therefore DENIES them.

202.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "202" of the Amended Complaint, and therefore DENIES them.

203.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "203" of the Amended Complaint, and therefore DENIES them.

204.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "204" of the Amended Complaint, and therefore DENIES them.

205.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "205" of the Amended Complaint, and therefore DENIES them.

206.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "206" of the Amended Complaint, and therefore DENIES them.

207.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "207" of the Amended Complaint, and therefore DENIES them.

208. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "208" of the Amended Complaint, and therefore DENIES them.

209. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "209" of the Amended Complaint, and therefore DENIES them.

210. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "210" of the Amended Complaint, and therefore DENIES them.

211. Defendant ADMITS that he was present in the infirmary but DENIES all other allegations contained in Paragraph "211" of the Amended Complaint.

212. Defendant DENIES the allegations contained in Paragraph "212" of the Amended Complaint.

213. Defendant DENIES the allegations contained in Paragraph "213" of the Amended Complaint.

214. Defendant DENIES the allegations contained in Paragraph "214" of the Amended Complaint.

215. Defendant DENIES the allegations contained in Paragraph "215" of the Amended Complaint.

216. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "216" of the Amended Complaint, and therefore DENIES them.

217. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "217" of the Amended Complaint, and therefore DENIES them.

218. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "218" of the Amended Complaint, and therefore DENIES them.

219. Defendant DENIES the allegations contained in Paragraph "219" of the Amended Complaint.

220. Defendant ADMITS that he was acting within the scope of his employment and performing job duties as Marcy staff at all times, but DENIES all other allegations contained in Paragraph "220" of the Amended Complaint.

221. Defendant ADMITS that he was acting within the scope of his employment and performing job duties as Marcy staff at all times, but DENIES all other allegations contained in Paragraph "221" of the Amended Complaint.

222. Defendant ADMITS that he was acting within the scope of his employment at all times, and therefore ADMITS to the allegations contained in Paragraph "222" of the Amended Complaint.

223. Defendant ADMITS that he was acting within the scope of his employment and performing job duties as Marcy staff at all times, but DENIES all other allegations contained in Paragraph "223" of the Amended Complaint.

224. Defendant ADMITS that he was acting within the scope of his employment and performing job duties as Marcy staff at all times, but DENIES all other allegations contained in Paragraph "224" of the Amended Complaint.

225. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "225" of the Amended Complaint, and therefore DENIES them.

226. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "226" of the Amended Complaint, and therefore DENIES them.

227.    Defendant ADMITS that he was acting within the scope of his employment at all times and performing job duties, and therefore ADMITS to the allegations contained in Paragraph "227" of the Amended Complaint.

228.    Defendant ADMITS the allegations contained in Paragraph "228" of the Amended Complaint.

229.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "229" of the Amended Complaint, and therefore DENIES them.

230.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "230" of the Amended Complaint, and therefore DENIES them.

231.    Defendant ADMITS that he was given instructions during the incident and complied with all instructions, but otherwise lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "231" of the Amended Complaint, and therefore DENIES them.

232.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "232" of the Amended Complaint, and therefore DENIES them.

233.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "233" of the Amended Complaint, and therefore DENIES them.

234.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "234" of the Amended Complaint, and therefore DENIES them.

235.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "235" of the Amended Complaint, and therefore DENIES them.

236.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "236" of the Amended Complaint, and therefore DENIES them.

237. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "237" of the Amended Complaint, and therefore DENIES them.

238. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "238" of the Amended Complaint, and therefore DENIES them.

239. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "239" of the Amended Complaint, and therefore DENIES them.

240. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "240" of the Amended Complaint, and therefore DENIES them.

241. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "241" of the Amended Complaint, and therefore DENIES them.

242. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "242" of the Amended Complaint, and therefore DENIES them.

243. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "243" of the Amended Complaint, and therefore DENIES them.

244. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "244" of the Amended Complaint, and therefore DENIES them.

245. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "245" of the Amended Complaint, and therefore DENIES them.

246. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "246" of the Amended Complaint, and therefore DENIES them.

247. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "247" of the Amended Complaint, and therefore DENIES them.

248.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "248" of the Amended Complaint, and therefore DENIES them.

249.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "249" of the Amended Complaint, and therefore DENIES them.

250.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "250" of the Amended Complaint, and therefore DENIES them.

251.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "251" of the Amended Complaint, and therefore DENIES them.

252.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "252 of the Amended Complaint, and therefore DENIES them.

253.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "253" of the Amended Complaint, and therefore DENIES them.

254.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "254" of the Amended Complaint, and therefore DENIES them.

255.    Defendant DENIES the allegations contained in Paragraph "255" of the Amended Complaint as they pertain to him.

256.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "256" of the Amended Complaint, and therefore DENIES them.

257.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "257" of the Amended Complaint, and therefore DENIES them.

258.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "258" of the Amended Complaint, and therefore DENIES them.

259.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "259" of the Amended Complaint, and therefore DENIES them.

260.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "260" of the Amended Complaint, and therefore DENIES them.

261.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "261" of the Amended Complaint, and therefore DENIES them.

262.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "262" of the Amended Complaint, and therefore DENIES them.

263.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "263" of the Amended Complaint, and therefore DENIES them.

264.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "264" of the Amended Complaint, and therefore DENIES them.

265.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "265" of the Amended Complaint, and therefore DENIES them.

266.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "266" of the Amended Complaint, and therefore DENIES them.

267.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "267" of the Amended Complaint, and therefore DENIES them.

268.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "268" of the Amended Complaint, and therefore DENIES them.

269.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "269" of the Amended Complaint, and therefore DENIES them.

270. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "270" of the Amended Complaint, and therefore DENIES them.

271. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "271" of the Amended Complaint, and therefore DENIES them.

272. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "272" of the Amended Complaint, and therefore DENIES them.

273. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "273" of the Amended Complaint, and therefore DENIES them.

274. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "274" of the Amended Complaint, and therefore DENIES them.

275. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "275" of the Amended Complaint, and therefore DENIES them.

276. Defendant DENIES the allegations as they relate to him, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "276" of the Amended Complaint, and therefore DENIES them.

277. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "277" of the Amended Complaint, and therefore DENIES them.

278. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "278" of the Amended Complaint, and therefore DENIES them.

279. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "279" of the Amended Complaint, and therefore DENIES them.

280. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "280" of the Amended Complaint, and therefore DENIES them.

281.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "281" of the Amended Complaint, and therefore DENIES them.

282.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "282" of the Amended Complaint, and therefore DENIES them.

283.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "283" of the Amended Complaint, and therefore DENIES them.

284.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "284" of the Amended Complaint, and therefore DENIES them.

285.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "285" of the Amended Complaint, and therefore DENIES them.

286.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "286" of the Amended Complaint, and therefore DENIES them.

287.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "287" of the Amended Complaint, and therefore DENIES them.

288.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "288" of the Amended Complaint, and therefore DENIES them.

289.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "289" of the Amended Complaint, and therefore DENIES them.

290.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "290" of the Amended Complaint, and therefore DENIES them.

291.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "291" of the Amended Complaint, and therefore DENIES them.

292.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "292" of the Amended Complaint, and therefore DENIES them.

293.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "293" of the Amended Complaint, and therefore DENIES them.

294.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "294" of the Amended Complaint, and therefore DENIES them.

295.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "295" of the Amended Complaint, and therefore DENIES them.

296.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "296" of the Amended Complaint, and therefore DENIES them.

297.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "297" of the Amended Complaint, and therefore DENIES them.

298.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "298" of the Amended Complaint, and therefore DENIES them.

299.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "299" of the Amended Complaint, and therefore DENIES them.

300.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "300" of the Amended Complaint, and therefore DENIES them.

301.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "301" of the Amended Complaint, and therefore DENIES them.

302.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "302" of the Amended Complaint, and therefore DENIES them.

303.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "303" of the Amended Complaint, and therefore DENIES them.

304.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "304" of the Amended Complaint, and therefore DENIES them.

305.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "305" of the Amended Complaint, and therefore DENIES them.

306.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "306" of the Amended Complaint, and therefore DENIES them.

307.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "307" of the Amended Complaint, and therefore DENIES them.

308.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "308" of the Amended Complaint, and therefore DENIES them.

309.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "309" of the Amended Complaint, and therefore DENIES them.

310.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "310" of the Amended Complaint, and therefore DENIES them.

311.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "311" of the Amended Complaint, and therefore DENIES them.

312.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "312" of the Amended Complaint, and therefore DENIES them.

313.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "313" of the Amended Complaint, and therefore DENIES them.

314.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "314" of the Amended Complaint, and therefore DENIES them.

315.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "315" of the Amended Complaint, and therefore DENIES them.

316.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "316" of the Amended Complaint, and therefore DENIES them.

317.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "317" of the Amended Complaint, and therefore DENIES them.

318.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "318" of the Amended Complaint, and therefore DENIES them.

319.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "319" of the Amended Complaint, and therefore DENIES them.

320.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "320" of the Amended Complaint, and therefore DENIES them.

321.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "321" of the Amended Complaint, and therefore DENIES them.

322.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "322" of the Amended Complaint, and therefore DENIES them.

323.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "323" of the Amended Complaint, and therefore DENIES them.

324.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "324" of the Amended Complaint, and therefore DENIES them.

325.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "325" of the Amended Complaint, and therefore DENIES them.

326.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "326" of the Amended Complaint, and therefore DENIES them.

327.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "327" of the Amended Complaint, and therefore DENIES them.

328.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "328" of the Amended Complaint, and therefore DENIES them.

329.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "329" of the Amended Complaint, and therefore DENIES them.

330.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "330" of the Amended Complaint, and therefore DENIES them.

331.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "331" of the Amended Complaint, and therefore DENIES them.

332.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "332" of the Amended Complaint, and therefore DENIES them.

333.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "333" of the Amended Complaint, and therefore DENIES them.

334.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "334" of the Amended Complaint, and therefore DENIES them.

335.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "335" of the Amended Complaint, and therefore DENIES them.

336.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "336" of the Amended Complaint, and therefore DENIES them.

337.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "337" of the Amended Complaint, and therefore DENIES them.

338.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "338" of the Amended Complaint, and therefore DENIES them.

339.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "339" of the Amended Complaint, and therefore DENIES them.

340.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "340" of the Amended Complaint, and therefore DENIES them.

341.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "341" of the Amended Complaint, and therefore DENIES them.

342.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "342" of the Amended Complaint, and therefore DENIES them.

343.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "343" of the Amended Complaint, and therefore DENIES them.

344.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "344" of the Amended Complaint, and therefore DENIES them.

345.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "345" of the Amended Complaint, and therefore DENIES them.

346.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "346" of the Amended Complaint, and therefore DENIES them.

347.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "347" of the Amended Complaint, and therefore DENIES them.

348.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "348" of the Amended Complaint, and therefore DENIES them.

349.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "349" of the Amended Complaint, and therefore DENIES them.

350.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "350" of the Amended Complaint, and therefore DENIES them.

351.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "351" of the Amended Complaint, and therefore DENIES them.

352.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "352" of the Amended Complaint, and therefore DENIES them.

353.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "353" of the Amended Complaint, and therefore DENIES them.

354.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "354" of the Amended Complaint, and therefore DENIES them.

355.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "355" of the Amended Complaint, and therefore DENIES them.

356.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "356" of the Amended Complaint, and therefore DENIES them.

357.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "357" of the Amended Complaint, and therefore DENIES them.

358. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "358" of the Amended Complaint, and therefore DENIES them.

359. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "359" of the Amended Complaint, and therefore DENIES them.

360. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "360" of the Amended Complaint, and therefore DENIES them.

361. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "361" of the Amended Complaint, and therefore DENIES them.

362. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "362" of the Amended Complaint, and therefore DENIES them.

363. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "363" of the Amended Complaint, and therefore DENIES them.

364. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "364" of the Amended Complaint, and therefore DENIES them.

365. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "365" of the Amended Complaint, and therefore DENIES them.

366. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "366" of the Amended Complaint, and therefore DENIES them.

367. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "367" of the Amended Complaint, and therefore DENIES them.

368. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "368" of the Amended Complaint, and therefore DENIES them.

369. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "369" of the Amended Complaint, and therefore DENIES them.

370. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "370" of the Amended Complaint, and therefore DENIES them.

371. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "371" of the Amended Complaint, and therefore DENIES them.

372. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "372" of the Amended Complaint, and therefore DENIES them.

373. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "373" of the Amended Complaint, and therefore DENIES them.

374. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "374" of the Amended Complaint, and therefore DENIES them.

375. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "375" of the Amended Complaint, and therefore DENIES them.

376. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "376" of the Amended Complaint, and therefore DENIES them.

377. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "377" of the Amended Complaint, and therefore DENIES them.

378. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "378" of the Amended Complaint, and therefore DENIES them.

379. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "379" of the Amended Complaint, and therefore DENIES them.

380.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "380" of the Amended Complaint, and therefore DENIES them.

381.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "381" of the Amended Complaint, and therefore DENIES them.

382.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "382" of the Amended Complaint, and therefore DENIES them.

383.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "383" of the Amended Complaint, and therefore DENIES them.

**COUNT 1 – 42 U.S.C. § 1983 – Eighth Amendment**
**(Against Defendants Abreu, Caufield, Popiel, Tabor, Bankert, Bedient, Walrath, Kessler, Kieffer, Anzalone, Trombley, Farina, Mashaw, Galliher, Kingsley, Walters, Along, Schoff, Fisher, Dashnaw, and Mehmedovic)**

384.    All responses to paragraphs in the Amended Complaint are incorporated by reference in response to Paragraph "384" of the Amended Complaint.

385.    Defendant DENIES the allegations contained in Paragraph "385" of the Amended Complaint.

386.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "386" of the Amended Complaint, and therefore DENIES them.

387.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "387" of the Amended Complaint, and therefore DENIES them.

388.    Defendant DENIES the allegations contained in Paragraph "388" of the Amended Complaint.

389.    Defendant DENIES the allegations contained in Paragraph "389" of the Amended Complaint.

390. Defendant DENIES the allegations contained in Paragraph "390" of the Amended Complaint.

391. Defendant DENIES the allegations contained in Paragraph "391" of the Amended Complaint.

392. Defendant DENIES the allegations contained in Paragraph "392" of the Amended Complaint.

393. Defendant DENIES the allegations contained in Paragraph "393" of the Amended Complaint.

**Count 2 – 42 U.S.C. § 1983**
**Failure to Protect (Against Supervisory Defendants Medbury, D'Amore, and Martuscello)**

394. All responses to paragraphs in the Amended Complaint are incorporated by reference in response to Paragraph "394" of the Amended Complaint.

395. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "395" of the Amended Complaint, and therefore DENIES them.

396. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "396" of the Amended Complaint, and therefore DENIES them.

397. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "397" of the Amended Complaint, and therefore DENIES them.

398. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "398" of the Amended Complaint, and therefore DENIES them.

399. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "399" of the Amended Complaint, and therefore DENIES them.

400. Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "400" of the Amended Complaint, and therefore DENIES them.

401.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "401" of the Amended Complaint, and therefore DENIES them.

### Count 3 – State Law Negligence, Gross Negligence, and Wrongful Death
### (Against Defendant Mehmedovic)

402.    All responses to paragraphs in the Amended Complaint are incorporated by reference in response to Paragraph "402" of the Amended Complaint.

403.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "403" of the Amended Complaint, and therefore DENIES them.

404.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "404" of the Amended Complaint, and therefore DENIES them.

405.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "405" of the Amended Complaint, and therefore DENIES them.

### Damages

406.    Defendant DENIES the allegations contained in Paragraph "406" of the Amended Complaint.

407.    Defendant DENIES the allegations contained in Paragraph "407" of the Amended Complaint.

408.     Defendant DENIES the allegations contained in Paragraph "408" of the Amended Complaint.

409.    Defendant DENIES the allegations contained in Paragraph "409" of the Amended Complaint.

## AS AND FOR DEFENDANT'S FIRST AFFIRMATIVE DEFENSE

410.    The Amended Complaint fails to state a cause of action upon which relief may be property granted against the answering Defendant.

## AS AND FOR DEFENDANT'S SECOND AFFIRMATIVE DEFENSE

411.    Upon information and belief, the Plaintiff's Amended Complaint fails to state a cause of action under 42 U.S.C. § 1983, as the Plaintiff has not sustained a violation of right or privilege under the Constitution of the United States, and therefore Plaintiff's Amended Complaint must be dismissed.

## AS AND FOR DEFENDANT'S THIRD AFFIRMATIVE DEFENSE

412.    The Plaintiff's injuries, as alleged in the Amended Complaint, were caused or brought about by the culpable conduct of a third person or persons over whom the Defendant herein had no control and for whose acts this Defendant is in no way responsible.

## AS AND FOR DEFENDANT'S FOURTH AFFIRMATIVE DEFENSE

413.    At all times herein relevant, the answering Defendant acted without malice and in good faith, with a reasonable belief in the legality of his actions and within the scope of his authority and official duties.

## AS AND FOR DEFENDANT'S FIFTH AFFIRMATIVE DEFENSE

414.    Upon information and belief, the actions of the answering Defendant are protected by the doctrines of absolute, qualified, and governmental immunity and, therefore, the Plaintiff's claims must be dismissed.

## AS AND FOR DEFENDANT'S SIXTH AFFIRMATIVE DEFENSE

415.    Upon information and belief, the answering Defendant acted at all times in a reasonable and proper manner under the circumstances and facts involved, including relative to

40

any use of force, and at no time did he violate a clearly established federal right of the Plaintiff.

### AS AND FOR DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE

416. Upon information and belief, the Plaintiff failed to fulfill all conditions precedent to sustain one or more of the claims herein pursuant to the New York General Municipal Law.

### AS AND FOR DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE

417. The Plaintiff failed to exhaust his administrative remedies.

### AS AND FOR DEFENDANT'S NINTH AFFIRMATIVE DEFENSE

418. Any award for punitive damages would not be proper under the common law of the State of New York and would be violative of the numerous and various constitutional right and protections afforded by the United States and New York State Constitutions, particularly the due process clauses contained therein. Inasmuch as the standard for determining a defendant's liability for such damages is vague and arbitrary, the standard also lacks sufficient clarity in terms of conduct required to give rise to such a claim, and there are no meaningful standards for determining the amount of such an award.

### AS AND FOR DEFENDANT'S TENTH AFFIRMATIVE DEFENSE

419. In the event Plaintiff has judgment against this answering Defendant, this answering Defendant is entitled to a set-off or reduction of any damages award, liability for which is expressly denied, for amounts received from any collateral sources, including but not limited to, insurance, social security, workers' compensation, or employee benefit programs.

### AS AND FOR DEFENDANT'S ELEVENTH AFFIRMATIVE DEFENSE

420. If it should be found after trial that the answering Defendant is liable in the amount of 50% or less of the total liability assigned to all persons liable, then liability of the answering Defendant for non-economic loss shall not exceed the answering Defendant's equitable share of

liability determined in accordance with the relative culpability of each person causing or contributing to the total liability for non-economic loss in accordance with Article 16 of the CPLR.

## AS AND FOR DEFENDANT'S TWELFTH AFFIRMATIVE DEFENSE

421.    The injuries and damages alleged in the Amended Complaint were proximately caused by an unforeseeable, independent, intervening, and/or superseding event(s) beyond the control, and unrelated to any conduct, of answering Defendant.

## AS AND FOR DEFENDANT'S THIRTEENTH AFFIRMATIVE DEFENSE

422.    Defendant's actions or omissions, if any, were superseded by the negligence, wrongful, and/or criminal conduct of others.

## AS AND FOR DEFENDANT'S FOURTEENTH AFFIRMATIVE DEFENSE

423.    The Plaintiff's claims are barred, in whole or in part, because the answering Defendant took governmental actions which are privileged and/or immune as being discretionary determinations while acting within the scope of his duties as a public official and therefore, the answering Defendant is immune from such liability for such actions.

## AS AND FOR DEFENDANT'S FIFTEENTH AFFIRMATIVE DEFENSE

424.    In the event that Plaintiff has, or should in the future, settle any portion of the claims arising from the allegations contained in the Complaint with any currently named or still to be named Defendant(s), the respective rights of the remaining parties should be determined pursuant to § 15-108 of the New York General Obligations Law.

Defendant David Walters demands a jury for all issues so triable.

Dated:  March 23, 2026

                                                 PAUL TUCK ATTORNEY AT LAW PLLC
Attorney for Defendant David Walters


By:  */s/ Paul Tuck*
Paul Tuck, Esq.
Bar Roll No.: 520814
P.O. Box 44
Manlius, New York 13104
Telephone: (315) 314.4545
paul@paultucklaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 23, 2026, I electronically filed Defendant Walters' Answer to the Second Amended Complaint using the CM/ECF system, which sent automatic email notification of such to the following:

Hughes Socol Piers Resnick & Dym, Ltd.
Caryn C. Lederer, Esq.
Elizabeth N. Mazur, Esq.
Matthew J. Piers, Esq.
Kate E. Schwartz, Esq.
*Attorneys for Plaintiff*
70 West Madison Street, Suite 4000
Chicago, Illinois 60602

Faraci Lange, LLP
Lesley E. Niebel, Esq.
Stephen G. Schwarz, Esq.
Joshua Mankoff, Esq.
*Attorneys for Plaintiff*
1882 South Winton Road, Suite 1
Rochester, New York 14618

The Law Office of James L. Riotto
James L. Riotto, Esq.
*Attorneys for Defendant Farina*
30 West Broad Street, Suite 306
Rochester, New York 14614

Luibrand Law Firm, PLLC
Elizabeth M. Harmon, Esq.
Kevin A. Luibrand, Esq.
*Attorneys for Defendant Galliher*
950 New Loudon Road, Suite 270
Latham, New York 12110

Lamarche Safranko Law PLLC
Nicholas J. Evanovich III, Esq.
Lily G. Killar, Esq.
Andrew R. Safranko, Esq.
Joshua Friedman, Esq.
*Attorneys for Defendant Anzalone*
987 New Loudon Road
Cohoes, New York 12047

44

Law Office of David Longeretta, PLLC
David Longeretta, Esq.
298 Genesee Street
Utica, NY 13502 298 Genesee Street
Utica, NY 13502

Assaf, Siegal Law Firm
Michael D. Assaf, Esq.
*Attorneys for Defendant Kessler*
16 Corporate Woods Boulevard
Albany, New York 12211

Sugarman Law Firm LLP
Stephen A. Davoli, Esq.
*Attorneys for Defendant Along*
211 West Jefferson Street
Syracuse, New York 13202

Nave Law Firm
Brady J. O'Malley, Esq.
*Attorneys for Defendant Dashnaw*
231 Walton Street
Syracuse, New York 13202

ZIMMER LAW OFFICE, PLLC
Kimberly M. Zimmer, Esq.
*Attorneys for Shea Schoff*
120 E. Washington Street, Suite 815
Syracuse, New York 13202
kmz@kimzimmerlaw.com

Milber Makris Plousadis & Seiden, LLP
Andrew F. Pisanelli, Esq.
*Attorneys for Defendant Mehmedovic*
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577

Hancock Estabrook, LLP
Thomas J. Murphy, Esq.
*Attorneys for Defendant Medbury*
1800 AXA Tower I
100 Madison Street
Syracuse, New York 13202

Office of the New York State Attorney General
William A. Scott, Esq.

45

Chi-Hsin Engelhart, Esq.
*Attorneys for Defendant Martuscello*
The Capitol
Albany, New York 12224

Finn Law Offices
Ryan M. Finn, Esq.
*Attorneys for Defendant Popeil*
12 Sheridan Avenue
Albany, NY 12207

And, I hereby certify that I have mailed, via the United States Postal Service, the above-mentioned document to the following non-CM/ECF participants:

Mr. David Kingsley
*Pro Se Defendant*
26 North Main Street
Adams, New York 13605

Mr. Michael Fisher
*Pro Se Defendant*
124 South Crescent Drive
Rome, New York 13440

Mr. Christopher Walrath
*Pro Se Defendant*
117 Dockey Road
Little Falls, New York 13365

Mr. Glenn Trombly
*Pro Se Defendant*
10186 Washington Street
Copenhagen, New York 13626

Mr. Michael Mashaw
*Pro Se Defendant*
25-R-3903
Woodbourne Correctional Facility
99 Prison Road
PO Box 1000
Woodbourne, NY 12788

Dated: March 23, 2026

/s/ *Paul Tuck*
Paul Tuck