UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRIAN LAUDADIO, Monroe County Public
Administrator, in his capacity as Administrator of the
ESTATE OF ROBERT L.BROOKS, SR.,

                                  Plaintiff,

              v.

ANTHONY FARINA, MATTHEW GALLIHER,
NICHOLAS ANZALONE, DAVID KINGSLEY,
NICHOLAS KIEFFER, ROBERT KESSLER,
MICHAEL FISHER, CHRISTOPHER WALRATH,
MICHAEL ALONG, SHEA SCHOFF, DAVID
WALTERS, MICHAEL MASHAW,
GLENN TROMBLEY, KYLE DASHNAW,
ABEDIN MEHMEDOVIC, SHERRI ABREU,
STEVEN CAUFIELD, BOBBI BEDIENT,
TRAVIS TABOR, JOHN BANKERT,
JARET POPEIL, DANIELLE MEDBURY,
MICHAEL D'AMORE, DANIEL MARTUSCELLO,
III, and other as yet Identified individuals,

                                  Defendants.

---

**MICHAEL ALONG'S ANSWER
TO MATTHEW GALLIHER'S
CROSS-CLAIM
9:25-cv-0068 (AMN/ML)**

The Defendant, Michael Along ("answering Defendant"), by and through his attorneys, Sugarman Law Firm, LLP, as and for his Answer to the Cross-Claim of Defendant, Matthew Galliher ("Defendant Galliher"), dated April 13, 2026, (NYSCEF No. 559). states and alleges:

1.      The answering Defendant denies each and every allegation contained in Defendant Galliher's Cross-Claim.

WHEREFORE, the answering Defendant, Michael Along, demands judgment dismissing the Cross-Claim in its entirety; and awarding answering Defendant such other and further relief as this Court deems just and proper, together with the costs and disbursements of this action.

Dated: April 14, 2026

                                       Stephen A. Davoli, Esq.
Bar Roll No.: 512599
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Michael Along*
211 W. Jefferson Street
Syracuse, New York 13202
Telephone: (315) 474-2943
*sdavoli@sugarmanlaw.com*

TO:    Kevin A. Luibrand, Esq.
        Bar Roll No.: 102083
        Elizabeth Harmon, Esq. (Of Counsel)
        Bar Roll No.: 705688
        **LUIBRAND LAW FIRM, PLLC**
        *Attorneys for Matthew Galliher*
        *kluibrand@luibrandlaw.com*
        *eharmon@luibrandlaw.com*

CC:    Stephen G. Schwarz, Esq.
        Lesley E. Niebel, Esq.
        **FARACI LANGE, LLP**
        *Attorneys for Plaintiff*
        *sschwarz@faraci.com*
        *lniebel@faraci.com*

        Elizabeth Mazur, Esq.
        Matthew J. Piers, Esq. (admission pending)
        Caryn C. Lederer, Esq.
        Kate Schwartz, Esq.
        **HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.**
        *emazur@hsplegal.com*
        *mpiers@hsplegal.com*
        *clederer@hsplegal.com*
        *kschwartz@hsplegal.com*

        James L. Riotto, Esq.
        **THE LAW OFFICE OF JAMES L. RIOTTO**
        *Attorneys for Anthony Farina*
        *jriotto@riottolaw.com*

David A. Longeretta, Esq.
**LAW OFFICE OF DAVID A. LONGERETTA, PLLC**
Attorneys for Nicholas Kieffer
*Dlongerettalaw@gmail.com*

Andrew R. Safranko, Esq.
Bar Roll No.:  510803
Nicholas J. Evanovich, III, Esq.
Bar Roll No.:  520762
Lily G. Killar, Esq.
Bar Roll No.:  705214
Joshua R. Friedman, Esq.
Bar Roll No.: 520628
**LAMARCHE SAFRANKO LAW, PLLC**
*Attorneys for Nicholas Anzalone*
*asafranko@lslwny.com*
*nevanovich@lslawny.com*
*lkillar@lslawny.com*
*jfriedman@lslawny.com*

Michael D. Assaf, Esq.
**ASSAF, SIEGAL LAW FIRM**
*Attorneys for Robert Kessler*
*massaf@assafandsiegal.com*

Kimberly M. Zimmer, Esq.
Bar Roll No.:  505346
**ZIMMER LAW OFFICE, PLLC**
*Attorneys for Shea Schoff*
*kmz@kimzimmerlaw.com*

Paul Tuck, Esq.
**PAUL TUCK ATTORNEY AT LAW, PLLC**
*Attorneys for David Walters*
*paul@paultucklaw.com*

Michael Mashaw 25-R-3903
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788

Brady J. O'Malley, Esq.
**NAVE LAW FIRM**
*Attorneys for Kyle Dashnaw*
*O'malley-team@naveteam.com*

Andrew F. Pisanelli, Esq.
Bar Roll No.:  706313
**MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP**
*Attorneys for Abedin Mehmedovic*
*apisanelli@milbermakris.com*

Thomas J. Murphy, Esq.
**HANCOCK & ESTABROOK, LLP**
*Attorneys for Danielle Medbury*
*tjmurphy@hancocklaw.com*

William A.Scott, Esq.
Chi-Hsin E. Engelhart, Esq.
**NEW YORK STATE ATTORNEY GENERAL – ALBANY**
*Attorneys for Daniel Martuscello, III*
*William.scott@ag.ny.gov*
*Esther.engelhart@ag.ny.gov*

Ryan M. Finn, Esq.
**FINN LAW OFFICES**
*Attorneys for Jared Popiel*
*ryan@lawfinn.com*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BRIAN LAUDADIO, Monroe County Public
Administrator, in his capacity as Administrator of the
ESTATE OF ROBERT L.BROOKS, SR.,

                      Plaintiff,

        v.

ANTHONY FARINA, MATTHEW GALLIHER,
NICHOLAS ANZALONE, DAVID KINGSLEY,
NICHOLAS KIEFFER, ROBERT KESSLER,
MICHAEL FISHER, CHRISTOPHER WALRATH,
MICHAEL ALONG, SHEA SCHOFF, DAVID
WALTERS, MICHAEL MASHAW,
GLENN TROMBLEY, KYLE DASHNAW,
ABEDIN MEHMEDOVIC, SHERRI ABREU,
STEVEN CAUFIELD, BOBBI BEDIENT,
TRAVIS TABOR, JOHN BANKERT,
JARET POPEIL, DANIELLE MEDBURY,
MICHAEL D'AMORE, DANIEL MARTUSCELLO,
III, and other as yet Identified individuals,

                      Defendants.

_____

**CERTIFICATE OF SERVICE**
**9:25-cv-0068 (AMN/ML)**

       I hereby certify that on April 14, 2026, I electronically filed the within Answer to Matthew Galliher's Cross-Claims, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        Stephen G. Schwarz, Esq.
        Lesley E. Niebel, Esq.
        **FARACI LANGE, LLP**
        *Attorneys for Plaintiff*
        *sschwarz@faraci.com*
        *lniebel@faraci.com*

        Elizabeth Mazur, Esq.
        Matthew J. Piers, Esq. (admission pending)
        Caryn C. Lederer, Esq.
        Kate Schwartz, Esq.
        **HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.**

*emazur@hsplegal.com*
*mpiers@hsplegal.com*
*clederer@hsplegal.com*
*kschwartz@hsplegal.com*

James L. Riotto, Esq.
**THE LAW OFFICE OF JAMES L. RIOTTO**
*Attorneys for Anthony Farina*
*jriotto@riottolaw.com*

Kevin A. Luibrand, Esq.
Bar Roll No.:  102083
Elizabeth Harmon, Esq. (Of Counsel)
Bar Roll No.:  705688
**LUIBRAND LAW FIRM, PLLC**
*Attorneys for Matthew Galliher*
*kluibrand@luibrandlaw.com*
*eharmon@luibrandlaw.com*

David A. Longeretta, Esq.
**LAW OFFICE OF DAVID A. LONGERETTA, PLLC**
Attorneys for Nicholas Kieffer
*Dlongerettalaw@gmail.com*

Andrew R. Safranko, Esq.
Bar Roll No.:  510803
Nicholas J. Evanovich, III, Esq.
Bar Roll No.:  520762
Lily G. Killar, Esq.
Bar Roll No.:  705214
Joshua R. Friedman, Esq.
Bar Roll No.: 520628
**LAMARCHE SAFRANKO LAW, PLLC**
*Attorneys for Nicholas Anzalone*
*asafranko@lslwny.com*
*nevanovich@lslawny.com*
*lkillar@lslawny.com*
*jfriedman@lslawny.com*

Michael D. Assaf, Esq.
**ASSAF, SIEGAL LAW FIRM**
*Attorneys for Robert Kessler*
*massaf@assafandsiegal.com*

Kimberly M. Zimmer, Esq.
Bar Roll No.:  505346
**ZIMMER LAW OFFICE, PLLC**
*Attorneys for Shea Schoff*
*kmz@kimzimmerlaw.com*

Paul Tuck, Esq.
**PAUL TUCK ATTORNEY AT LAW, PLLC**
*Attorneys for David Walters*
*paul@paultucklaw.com*

Brady J. O'Malley, Esq.
**NAVE LAW FIRM**
*Attorneys for Kyle Dashnaw*
*O'malley-team@naveteam.com*

Andrew F. Pisanelli, Esq.
Bar Roll No.:  706313
**MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP**
*Attorneys for Abedin Mehmedovic*
*apisanelli@milbermakris.com*

Thomas J. Murphy, Esq.
**HANCOCK & ESTABROOK, LLP**
*Attorneys for Danielle Medbury*
*tjmurphy@hancocklaw.com*

William A.Scott, Esq.
Chi-Hsin E. Engelhart, Esq.
**NEW YORK STATE ATTORNEY GENERAL – ALBANY**
*Attorneys for Daniel Martuscello, III*
*William.scott@ag.ny.gov*
*Esther.engelhart@ag.ny.gov*

Ryan M. Finn, Esq.
**FINN LAW OFFICES**
*Attorneys for Jared Popiel*
*ryan@lawfinn.com*

And I hereby certify that I have this day mailed via the United States Postal Service the above-referenced document to the following non-CM/ECF participants:

Christopher Walrath
117 Dockey Road
Little Falls, NY 13365

Danielle Medbury
Woodbourne Correctional Facility
99 Prison Road
PO Box 1000
Woodbourne, NY 12788

David Kingsley
26 North Main Street
Adams, NY 13605

Michael Fisher
124 South Crescent Dr.
Rome, NY 13440

Michael Mashaw 25-R-3903
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788

Dated: April 14, 2026

_____
Stephen A. Davoli, Esq.
Bar Roll No.:  512599
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Michael Along*
211 W. Jefferson Street
Syracuse, New York  13202
Telephone:  (315) 474-2943
*sdavoli@sugarmanlaw.com*