

*Via ECF*

April 20, 2026

Honorable Miroslav Lovric
United States Magistrate Judge
Northern District of New York
15 Henry Street
Binghampton, New York 13901

Re:     *Brooks v. Farina, et al.*
        *NDNY Index No.: 9:25-cv-00068-AMN-ML*

Dear Judge Lovric:

Our firm represents Nicholas Anzalone in the above-referenced matter. We respectfully request that Mr. Anzalone be given an additional thirty (32) days to file an answer to the Second Amended Complaint currently due Monday, April 23, 2026.  The new proposed answering deadline for Mr. Anzalone would be **Monday, May 25, 2026**.  The reason for this request is to allow additional time to allow counsel to confer with our client regarding the allegations of the Second Amended Complaint.

We have conferred with Plaintiff's counsel who consents to this request.

Thank you for your consideration of this request.

Very truly yours,

LaMarche Safranko Law PLLC

Joshua R. Friedman, Esq.

JRF/mbl
Cc:     All Counsel of Record (via ecf)
        All pro se defendants