UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRIAN LAUDADIO, Monroe County Public
Administrator, in his capacity as Administrator of the
ESTATE OF ROBERT L.BROOKS, SR.,

                              Plaintiff,

              v.

ANTHONY FARINA, MATTHEW GALLIHER,
NICHOLAS ANZALONE, DAVID KINGSLEY,
NICHOLAS KIEFFER, ROBERT KESSLER,
MICHAEL FISHER, CHRISTOPHER WALRATH,
MICHAEL ALONG, SHEA SCHOFF, DAVID
WALTERS, MICHAEL MASHAW,
GLENN TROMBLEY, KYLE DASHNAW,
ABEDIN MEHMEDOVIC, SHERRI ABREU,
STEVEN CAUFIELD, BOBBI BEDIENT,
TRAVIS TABOR, JOHN BANKERT,
JARET POPEIL, DANIELLE MEDBURY,
MICHAEL D'AMORE, DANIEL MARTUSCELLO,
III, and other as yet identified individuals,

                              Defendants.

**MICHAEL ALONG'S ANSWER
TO JARED POPIEL'S
CROSS-CLAIM**

**9:25-cv-0068 (AMN/ML)**

---

       The Defendant, Michael Along ("answering Defendant"), by and through his attorneys, Sugarman Law Firm, LLP, as and for his Answer to the Cross-Claim of Defendant, Jared Popiel (incorrectly named "Jared Popeil") made in his Answer to Second Amended Complaint, dated May 12, 2026, (NYSCEF No. 642), states and alleges:

       1.     The answering Defendant denies each and every allegation contained in Defendant Popiel's Cross-Claim.

       WHEREFORE, the answering Defendant, Michael Along, demands judgment dismissing the Cross-Claim in its entirety; and awarding answering Defendant such other and further relief as this Court deems just and proper, together with the costs and disbursements of this action.

Dated:  May 13, 2026

_____
Stephen A. Davoli, Esq.
Bar Roll No.:  512599
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Michael Along*
211 W. Jefferson Street
Syracuse, New York  13202
Telephone:  (315) 474-2943
*sdavoli@sugarmanlaw.com*

TO:    Ryan M. Finn, Esq.
         **FINN LAW OFFICES**
         *Attorney for Jared Popiel*
         *ryan@lawfinn.com*

CC:    Stephen G. Schwarz, Esq.
         Lesley E. Niebel, Esq.
         **FARACI LANGE, LLP**
         *Attorneys for Plaintiff*
         *sschwarz@faraci.com*
         *lniebel@faraci.com*

         Elizabeth Mazur, Esq.
         Matthew J. Piers, Esq. (admission pending)
         Caryn C. Lederer, Esq.
         Kate Schwartz, Esq.
         **HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.**
         *emazur@hsplegal.com*
         *mpiers@hsplegal.com*
         *clederer@hsplegal.com*
         *kschwartz@hsplegal.com*

         Daniel S. L. Rubin, Esq., Esq.
         Bar Roll No.:
         **GIRVIN & FERLAZZO, P.C.**
         *Attorneys for Anthony Farina*
         *dsr@girvinlaw.com*

         Kevin A. Luibrand, Esq.
         Bar Roll No.:  102083
         Elizabeth Harmon, Esq. (Of Counsel)
         Bar Roll No.:  705688
         **LUIBRAND LAW FIRM, PLLC**
         *Attorneys for Matthew Galliher*
         *kluibrand@luibrandlaw.com*
         *eharmon@luibrandlaw.com*
         Andrew R. Safranko, Esq.

Bar Roll No.:  510803
Nicholas J. Evanovich, III, Esq.
Bar Roll No.:  520762
Lily G. Killar, Esq.
Bar Roll No.:  705214
Joshua R. Friedman, Esq.
Bar Roll No.: 520628
**LaMarche Safranko Law, PLLC**
*Attorneys for Nicholas Anzalone*
*asafranko@lslwny.com*
*nevanovich@lslawny.com*
*lkillar@lslawny.com*
*jfriedman@lslawny.com*

David Kingsley
26 North Main Street
Adams, New York 13605

David A. Longeretta, Esq.
**Law Office of David A. Longeretta, PLLC**
*Attorneys for Nicholas Kieffer*
*Dlongerettalaw@gmail.com*

Michael D. Assaf, Esq.
**Assaf, Siegal Law Firm**
*Attorneys for Robert Kessler*
*massaf@assafandsiegal.com*

Michael Fisher
124 South Crescent Dr.
Rome, New York 13440

Christopher Walrath
117 Dockey Road
Little Falls, New York 13365

Kimberly M. Zimmer, Esq.
Bar Roll No.:  505346
**Zimmer Law Office, PLLC**
*Attorneys for Shea Schoff*
*kmz@kimzimmerlaw.com*

Paul Tuck, Esq.
**Paul Tuck Attorney at Law, PLLC**
*Attorneys for David Walters*
*paul@paultucklaw.com*

Michael Mashaw 25-R-3903
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788

Brady J. O'Malley, Esq.
**NAVE LAW FIRM**
*Attorneys for Kyle Dashnaw*
*O'malley-team@naveteam.com*

Andrew F. Pisanelli, Esq.
Bar Roll No.:  706313
**MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP**
*Attorneys for Abedin Mehmedovic*
*apisanelli@milbermakris.com*

Martha L. Berry, Esq.
**LONGSTREET & BERRY, LLP**
Bar Roll  No.:  10150
*Attorneys for Sherri Abreu and Steven Caufield*
*marthalberry@gmail.com*

Michael D. Callan, Esq.
**SAUNDERS KAHLER, LLP**
Bar Roll No.:  516276
*Attorneys for Travis Tabor*
*mcallan@saunderskahler.com*

Thomas J. DeBernardis, esq.
**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**
Bar Roll No.:  701291
*Attorneys for John Bankert*
*tdebernardis@smithsovik.com*

Thomas J. Murphy, Esq.
**HANCOCK & ESTABROOK, LLP**
*Attorneys for Danielle Medbury*
*tjmurphy@hancocklaw.com*

Danielle Medbury
Woodbourne Correctional Facility
99 Prison Road
PO Box 1000
Woodbourne, NY 12788

William A. Scott, Esq.
Chi-Hsin E. Engelhart, Esq.
**NEW YORK STATE ATTORNEY GENERAL – ALBANY**
*Attorneys for Daniel Martuscello, III*
*William.scott@ag.ny.gov*
*Esther.engelhart@ag.ny.gov*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BRIAN LAUDADIO, Monroe County Public
Administrator, in his capacity as Administrator of the
ESTATE OF ROBERT L.BROOKS, SR.,

                                    Plaintiff,

                v.

ANTHONY FARINA, MATTHEW GALLIHER,
NICHOLAS ANZALONE, DAVID KINGSLEY,
NICHOLAS KIEFFER, ROBERT KESSLER,
MICHAEL FISHER, CHRISTOPHER WALRATH,
MICHAEL ALONG, SHEA SCHOFF, DAVID
WALTERS, MICHAEL MASHAW,
GLENN TROMBLEY, KYLE DASHNAW,
ABEDIN MEHMEDOVIC, SHERRI ABREU,
STEVEN CAUFIELD, BOBBI BEDIENT,
TRAVIS TABOR, JOHN BANKERT,
JARET POPEIL, DANIELLE MEDBURY,
MICHAEL D'AMORE, DANIEL MARTUSCELLO,
III, and other as yet Identified individuals,

                                Defendants.

_____

**CERTIFICATE OF SERVICE**
**9:25-cv-0068 (AMN/ML)**

        I hereby certify that on May 13, 2026, I electronically filed the within Answer to Jared Popiel's Cross-Claim made in his Answer to the Second Amended Complaint, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        Stephen G. Schwarz, Esq.
        Lesley E. Niebel, Esq.
        **FARACI LANGE, LLP**
        *Attorneys for Plaintiff*
        *sschwarz@faraci.com*
        *lniebel@faraci.com*

        Elizabeth Mazur, Esq.
        Matthew J. Piers, Esq. (admission pending)
        Caryn C. Lederer, Esq.
        Kate Schwartz, Esq.
        **HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.**
        *emazur@hsplegal.com*
        *mpiers@hsplegal.com*
        *clederer@hsplegal.com*

*kschwartz@hsplegal.com*
Daniel S. L. Rubin, Esq., Esq.
Bar Roll No.:
**GIRVIN & FERLAZZO, P.C.**
*Attorneys for Anthony Farina*
*dsr@girvinlaw.com*

Kevin A. Luibrand, Esq.
Bar Roll No.:  102083
Elizabeth Harmon, Esq. (Of Counsel)
Bar Roll No.:  705688
**LUIBRAND LAW FIRM, PLLC**
*Attorneys for Matthew Galliher*
*kluibrand@luibrandlaw.com*
*eharmon@luibrandlaw.com*

Andrew R. Safranko, Esq.
Bar Roll No.:  510803
Nicholas J. Evanovich, III, Esq.
Bar Roll No.:  520762
Lily G. Killar, Esq.
Bar Roll No.:  705214
Joshua R. Friedman, Esq.
Bar Roll No.: 520628
**LAMARCHE SAFRANKO LAW, PLLC**
*Attorneys for Nicholas Anzalone*
*asafranko@lslwny.com*
*nevanovich@lslawny.com*
*lkillar@lslawny.com*
*jfriedman@lslawny.com*

David A. Longeretta, Esq.
**LAW OFFICE OF DAVID A. LONGERETTA, PLLC**
*Attorneys for Nicholas Kieffer*
*Dlongerettalaw@gmail.com*

Michael D. Assaf, Esq.
**ASSAF, SIEGAL LAW FIRM**
*Attorneys for Robert Kessler*
*massaf@assafandsiegal.com*

Kimberly M. Zimmer, Esq.
Bar Roll No.:  505346
**ZIMMER LAW OFFICE, PLLC**
*Attorneys for Shea Schoff*
*kmz@kimzimmerlaw.com*

Paul Tuck, Esq.
**PAUL TUCK ATTORNEY AT LAW, PLLC**
*Attorneys for David Walters*
*paul@paultucklaw.com*
Brady J. O'Malley, Esq.
**NAVE LAW FIRM**
*Attorneys for Kyle Dashnaw*
*O'malley-team@naveteam.com*

Andrew F. Pisanelli, Esq.
Bar Roll No.:  706313
**MILBER, MAKRIS, PLOUSADIS & SEIDEN, LLP**
*Attorneys for Abedin Mehmedovic*
*apisanelli@milbermakris.com*

Martha L. Berry, Esq.
**LONGSTREET & BERRY, LLP**
Bar Roll  No.:  10150
*Attorneys for Sherri Abreu and Steven Caufield*
*marthalberry@gmail.com*

Michael D. Callan, Esq.
**SAUNDERS KAHLER, LLP**
Bar Roll No.:  516276
*Attorneys for Travis Tabor*
*mcallan@saunderskahler.com*

Thomas J. DeBernardis, esq.
**SMITH, SOVIK, KENDRICK & SUGNET, P.C.**
Bar Roll No.:  701291
*Attorneys for John Bankert*
*tdebernardis@smithsovik.com*

Ryan M. Finn, Esq.
**FINN LAW OFFICES**
*Attorney for Jared Popiel*
*ryan@lawfinn.com*

Thomas J. Murphy, Esq.
**HANCOCK & ESTABROOK, LLP**
*Attorneys for Danielle Medbury*
*tjmurphy@hancocklaw.com*

William A. Scott, Esq.
Chi-Hsin E. Engelhart, Esq.
**NEW YORK STATE ATTORNEY GENERAL – ALBANY**
*Attorneys for Daniel Martuscello, III*
*William.scott@ag.ny.gov*
*Esther.engelhart@ag.ny.gov*

And I hereby certify that I have this day mailed via the United States Postal Service the above-referenced document to the following non-CM/ECF participants:

Christopher Walrath
117 Dockey Road
Little Falls, NY 13365

Danielle Medbury
Woodbourne Correctional Facility
99 Prison Road
PO Box 1000
Woodbourne, NY 12788

David Kingsley
26 North Main Street
Adams, NY 13605

Michael Fisher
124 South Crescent Dr.
Rome, NY 13440

Michael Mashaw
25-R-3903
Woodbourne Correctional Facility
99 Prison Road
PO Box 1000
Woodbourne, NY 12788

Dated: May 13, 2026

Stephen A. Davoli, Esq.
Bar Roll No.:  512599
**SUGARMAN LAW FIRM, LLP**
*Attorneys for Michael Along*
211 W. Jefferson Street
Syracuse, New York  13202
Telephone:  (315) 474-2943
*sdavoli@sugarmanlaw.com*