# GIRVIN & FERLAZZO, PC
## ATTORNEYS AT LAW

20 Corporate Woods Blvd. | Albany, NY 12211
**tel: 518 462 0300** | **fax: 518 462 5037**
www.girvinlaw.com

*Daniel S. L. Rubin*
*Partner*
*dsr@girvinlaw.com*

May 18, 2026

**Via CM/ECF**
Hon. Miroslav Lovric
U.S. Magistrate Judge
United States District Court
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

Re:　**Brooks v. Farina, et al.**
　　　Civil Case No.: 9:25-cv-00068 (AMN/ML)

Dear Judge Lovric:

As you are aware, our office was recently retained by Defendant Anthony Farina in connection with the above-referenced matter. Upon reviewing the docket, we found that multiple answers to various counterclaims were outstanding.

I then inquired of the respective Defendants if they would consent to an extension of 30 days through June 5, 2026. All but Pro Se Defendant Mashaw have responded and agreed to the extension. I have attached copies of our correspondence regarding the same.

We respectfully request an extension of time for Defendant Anthony Farina to answer the crossclaims asserted against him by the various defendants in this matter through June 5, 2026.

Thank you for your assistance regarding this matter.

Very truly yours,

GIRVIN & FERLAZZO, P.C.

By:　_____
　　　Daniel S. L. Rubin, Esq.

## Samantha Rizzo

| | |
|---|---|
| **From:** | Daniel S. Rubin |
| **Sent:** | Friday, May 8, 2026 10:02 AM |
| **To:** | Martha Berry |
| **Cc:** | Bonnie R. Watson; Samantha Rizzo |
| **Subject:** | Re: Brooks v. Farina et al. — Request for 30-Day Extension re Abreu/Caufield Cross-Claims |

Thank you Martha!

Get Outlook for iOS

---

**From:** Martha Berry <marthalberry@gmail.com>
**Sent:** Friday, May 8, 2026 10:01:11 AM
**To:** Daniel S. Rubin <dsr@girvinlaw.com>
**Cc:** Bonnie R. Watson <brw@girvinlaw.com>; Samantha Rizzo <samantha@girvinlaw.com>
**Subject:** Re: Brooks v. Farina et al. — Request for 30-Day Extension re Abreu/Caufield Cross-Claims

Hi Dan,
No objection to an extension.
Let me know if you need anything else.
Thank you,
Martha

*Martha L. Berry, Esq.*
*Longstreet & Berry, LLP*
*P.O. Box 249 - 415 Elm Street*
*Fayetteville, New York 13066*
*(315) 422-9295*

On Wed, May 6, 2026 at 5:02 PM Daniel S. Rubin <dsr@girvinlaw.com> wrote:

> Martha,
>
> I hope you are well. We are in the process of being substituted in for James Riotto as counsel for Defendant Anthony Farina in *Brooks v. Farina et al.*, No. 9:25-cv-00068-AMN-ML.
>
> I understand that Mr. Farina's responses to Defendant Abreu's and Defendant Caufield's cross-claims are currently due on May 14, 2026. Given the substitution of counsel, would you consent to a 30-day extension of Mr. Farina's deadline to answer or otherwise respond to those cross-claims?
>
> Please let me know whether you consent, and we will proceed accordingly.
>
> Best,
>
>
> Daniel S. L. Rubin

Partner



20 Corporate Woods Boulevard
Albany, NY 12211
Cell: 281-546-9721
Office:  518-462-0300
Facsimile:     518-462-5037
www.girvinlaw.com

The information contained in this email message and attached file is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Girvin & Ferlazzo, P.C., immediately, (attorneys@girvinlaw.com) or (518 462 0300 ), to arrange for properly deleting the message from your system and returning the original message via the U.S. Postal Service. THANK YOU.

## Samantha Rizzo

**From:** Daniel S. Rubin
**Sent:** Wednesday, May 6, 2026 8:25 PM
**To:** Michael Assaf
**Cc:** Bonnie R. Watson; Samantha Rizzo
**Subject:** Re: Brooks v. Farina et al. — Request for 30-Day Extension re Kessler Cross-Claim

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Thank you!

Get Outlook for iOS

---

**From:** Michael Assaf <massaf@assafandsiegal.com>
**Sent:** Wednesday, May 6, 2026 8:05:38 PM
**To:** Daniel S. Rubin <dsr@girvinlaw.com>
**Subject:** Re: Brooks v. Farina et al. — Request for 30-Day Extension re Kessler Cross-Claim

Yes of course
Sent from my iPhone

> On May 6, 2026, at 5:03 PM, Daniel S. Rubin <dsr@girvinlaw.com> wrote:

Michael,

I hope you are well. We are in the process of being substituted in for James Riotto as counsel for Defendant Anthony Farina in *Brooks v. Farina et al.*, No. 9:25-cv-00068-AMN-ML.

We are reviewing the docket and noted Defendant Kessler's cross-claim at Dkt. 480 against, among others, Mr. Farina. We have not yet located an answer by Mr. Farina to that cross-claim or a docket entry clearly setting a separate answer deadline for Dkt. 480, although there may be an issue regarding a prior cross-claim response deadline.

To the extent Mr. Farina's response to Defendant Kessler's cross-claim is due or overdue, would you consent to a 30-day extension of Mr. Farina's deadline to answer or otherwise respond?

Please let me know whether you consent, and we will proceed accordingly.

Best,

Daniel S. L. Rubin
Partner
<image001.jpg>

1

20 Corporate Woods Boulevard
Albany, NY 12211
Cell: 281-546-9721
Office:  518-462-0300
Facsimile:    518-462-5037
https://link.edgepilot.com/s/eec30af9/K2cPWjL-mkWVQix-Aru1IA?u=http://www.girvinlaw.com/

The information contained in this email message and attached file is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Girvin & Ferlazzo, P.C., immediately, (attorneys@girvinlaw.com) or (518 462 0300 ), to arrange for properly deleting the message from your system and returning the original message via the U.S. Postal Service. THANK YOU.

**Samantha Rizzo**

---

**Subject:**                        RE: Brooks v. Farina et al. — Request for 30-Day Extension re Kieffer Cross-Claim

---

**From:** Daniel S. Rubin <dsr@girvinlaw.com>
**Sent:** Wednesday, May 6, 2026 6:40 PM
**To:** dlongerettalaw@gmail.com; Bonnie R. Watson <brw@girvinlaw.com>; Audrey Sandner <audrey@girvinlaw.com>
**Subject:** Re: Brooks v. Farina et al. — Request for 30-Day Extension re Kieffer Cross-Claim

Thank you!

Get Outlook for iOS

---

**From:** dlongerettalaw@gmail.com <dlongerettalaw@gmail.com>
**Sent:** Wednesday, May 6, 2026 6:38:49 PM
**To:** Daniel S. Rubin <dsr@girvinlaw.com>
**Subject:** Re: Brooks v. Farina et al. — Request for 30-Day Extension re Kieffer Cross-Claim

Dan

Absolutely. Not an issue

David Longeretta
Sent from my iPhone

> On May 6, 2026, at 5:14 PM, Daniel S. Rubin <dsr@girvinlaw.com> wrote:

David,

I hope you are well. We are in the process of being substituted in for James Riotto as counsel for Defendant Anthony Farina in *Brooks v. Farina et al.*, No. 9:25-cv-00068-AMN-ML.

We are reviewing the docket and noted Defendant Kieffer's cross-claim at Dkt. 513. We understand that Mr. Farina's response to that cross-claim was due on April 1, 2026. We have not located an answer by Mr. Farina to that cross-claim or a docket entry reflecting an extension of that deadline.

Given the substitution of counsel, would you consent to a 30-day extension of Mr. Farina's deadline to answer or otherwise respond to Defendant Kieffer's cross-claim?

Please let me know whether you consent, and we will proceed accordingly.

Best,

Daniel S. L. Rubin
Partner
<image001.jpg>

1

20 Corporate Woods Boulevard
Albany, NY 12211
Cell: 281-546-9721
Office:  518-462-0300
Facsimile:    518-462-5037
www.girvinlaw.com

The information contained in this email message and attached file is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Girvin & Ferlazzo, P.C., immediately, (attorneys@girvinlaw.com) or (518 462 0300 ), to arrange for properly deleting the message from your system and returning the original message via the U.S. Postal Service. THANK YOU.

## Samantha Rizzo

| | |
|---|---|
| **From:** | Daniel S. Rubin |
| **Sent:** | Wednesday, May 6, 2026 5:56 PM |
| **To:** | Andrew Pisanelli |
| **Cc:** | Bonnie R. Watson; Samantha Rizzo |
| **Subject:** | Re: Brooks v. Farina et al. — Request for 30-Day Extension re Mehmedovic Cross-Claim |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thank you!

Get Outlook for iOS

---

**From:** Andrew Pisanelli <APisanelli@milbermakris.com>
**Sent:** Wednesday, May 6, 2026 5:26:57 PM
**To:** Daniel S. Rubin <dsr@girvinlaw.com>
**Cc:** Bonnie R. Watson <brw@girvinlaw.com>; Samantha Rizzo <samantha@girvinlaw.com>
**Subject:** RE: Brooks v. Farina et al. — Request for 30-Day Extension re Mehmedovic Cross-Claim

Yes, of course.

*Andrew F. Pisanelli*
*Partner*
.........................................

## MMP&S

Milber Makris Plousadis & Seiden, LLP
New York **|** Florida **|** Pennsylvania **|** New Jersey **|** Connecticut
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577
914.687.8700 ext. 8025
914.231.8025 direct dial
914.953.1686 cell
914.681.8709 fax
apisanelli@milbermakris.com

This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Wire instructions are not honored when made by email. Please do not respond to any email requesting account details and/or to transfer any funds. For more information about MMP&S, please visit www.milbermakris.com

---

**From:** Daniel S. Rubin <dsr@girvinlaw.com>
**Sent:** Wednesday, May 6, 2026 5:01 PM
**To:** Andrew Pisanelli <APisanelli@milbermakris.com>
**Cc:** Bonnie R. Watson <brw@girvinlaw.com>; Samantha Rizzo <samantha@girvinlaw.com>
**Subject:** Brooks v. Farina et al. — Request for 30-Day Extension re Mehmedovic Cross-Claim

## External Email – Think Before You Click or Reply

Andrew,

I hope you are well. We are in the process of being substituted in for James Riotto as counsel for Defendant Anthony Farina in *Brooks v. Farina et al.*, No. 9:25-cv-00068-AMN-ML.

I understand that Mr. Farina's response to Defendant Mehmedovic's cross-claim is currently due on May 6, 2026. Given the substitution of counsel, would you consent to a 30-day extension of Mr. Farina's deadline to answer or otherwise respond to the Mehmedovic cross-claim?

Please let me know whether you consent, and we will proceed accordingly.

Best,

Daniel S. L. Rubin
Partner

**GIRVIN & FERLAZZO, PC**
ATTORNEYS AT LAW

20 Corporate Woods Boulevard
Albany, NY 12211
Cell: 281-546-9721
Office:  518-462-0300
Facsimile:    518-462-5037
www.girvinlaw.com

The information contained in this email message and attached file is intended only for the use of the individual or entity named above and may contain information that is privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Girvin & Ferlazzo, P.C., immediately, (attorneys@girvinlaw.com) or (518 462 0300 ), to arrange for properly deleting the message from your system and returning the original message via the U.S. Postal Service. THANK YOU.

2



**GIRVIN & FERLAZZO, PC**
ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

*Daniel S. L. Rubin*
*Partner*
*dsr@girvinlaw.com*

May 7, 2026

Michael Mashaw
DIN 25-R-3903
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788

Re:     **Brooks v. Farina et al. – Request for 30-Day Extension re: Mashaw Cross-Claim**
        Civil Case No.: 9:25-cv-00068-AMN-ML

Dear Mr. Mashaw,

        We are in the process of being substituted in for James Riotto as counsel for Defendant Anthony Farina in *Brooks v. Farina et al.*, No. 9:25-cv-00068-AMN-ML.

        We understand that Mr. Farina's response to your cross-claim was due on April 23, 2026. We have not located an answer or docket entry reflecting an extension of that deadline. Given the substitution of counsel, would you consent to a 30-day extension of Mr. Farina's deadline to answer or otherwise respond to your cross-claim?

        Please let us know whether you consent.

                        Very truly yours,

                        GIRVIN & FERLAZZO, P.C.

                By:     _____
                        Daniel S. L. Rubin, Esq.