UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN LAUDADIO, Monroe County Public Administrator, in his capacity as Administrator of the ESTATE OF ROBERT L. BROOKS SR., <br><br> Plaintiff, <br><br> -against- <br><br> ANTHONY FARINA, MATTHEW GALLIHER, NICHOLAS ANZALONE, DAVID KINGSLEY, NICHOLAS KIEFFER, ROBERT KESSLER, MICHAEL FISHER, CHRISTOPHER WALRATH, MICHAEL ALONG, SHEA SCHOFF, DAVID WALTERS, MICHAEL MASHAW, GLENN TROMBLEY, KYLE DASHNAW, ABEDIN MEHMEDOVIC, SHERRI ABREU, STEVEN CAUFIELD, BOBBI BEDIENT, TRAVIS TABOR, JOHN BANKERT, JARED POPEIL, DANIELLE MEDBURY, MICHAEL D'AMORE, DANIEL MARTUSCELLO III, and other as yet identified individuals. <br><br> Defendants. | **ANTHONY FARINA'S ANSWER AND AFFIRMATIVE DEFENSES TO BOBBI BEDIENT'S CROSS-CLAIM** <br><br> Civil Case No.: 9:25-cv-00068 (AMN/ML) |

Defendant Anthony Farina, by and through his attorneys, Girvin & Ferlazzo, P.C., as and for his Answer to Defendant Bobbi Bedient's cross-claim, dated May 26, 2026 (Dkt. 687), states and alleges:

1.      The answering Defendant denies each and every allegation contained in Defendant Bedient's cross-claim.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

2.      The cross-claim fails to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

3.     The cross-claim is barred, in whole or in part, by the doctrines of qualified and/or governmental immunity, waiver, estoppel, laches, and/or unclean hands.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

4.     To the extent the cross-claim seeks contribution, common-law indemnification, contractual indemnification, or any comparable derivative recovery, the cross-claim fails to allege facts sufficient to establish the elements of such relief.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

5.     Any injuries, damages, or losses alleged by the cross-claimant and/or any other party were caused, in whole or in part, by the culpable conduct, acts, omissions, or negligence of persons or entities other than this answering Defendant, and any recovery must be barred or diminished accordingly.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

6.     The cross-claim is barred, in whole or in part, by the applicable statutes of limitations, statutes of repose, and/or other timeliness requirements, to the extent applicable.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

7.     The claims asserted in the cross-claim are barred, in whole or in part, to the extent that the alleged conduct was privileged, justified, undertaken in good faith, or otherwise lawful.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

8.     The answering Defendant is entitled to an offset under General Obligations Law § 15-108.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

9.      The answering Defendant reserves the right to assert such other and further defenses as may become available through discovery and investigation.

**WHEREFORE,** the answering Defendant, Anthony Farina, demands judgment dismissing the cross-claim in its entirety; and awarding answering Defendant such other and further relief as this Court deems just and proper, together with the costs and disbursements of this action.

Dated:  May 29, 2026                    GIRVIN & FERLAZZO, P.C.
        Albany, New York


                                        By: _____
                                        Daniel S. L. Rubin, Esq. (Bar Roll No. 518414)
                                        Bonnie R. Watson, Esq. (Bar Roll No. 701354)
                                        *Attorneys for Defendant Anthony Farina*
                                        20 Corporate Woods Blvd., 2nd Floor
                                        Albany, New York 12211
                                        Telephone: (518) 462-0300
                                        dsr@girvinlaw.com
                                        brw@girvinlaw.com


TO:     Longstreet & Berry, LLP
        Martha L. Berry, Esq.
        *Attorneys for Defendants Sherri Abreu,*
        *Steven Caufield and Bobbi Bedient*
        P.O. Box 249
        415 Elm Street
        Fayetteville, New York 13066

Cc:     Assaf & Siegal PLLC
        Michael D. Assaf, Esq.
        *Attorneys for Defendant Robert Kessler*
        16 Corporate Woods Blvd.
        Albany, New York 12211

        Law Office of David A. Longeretta, PLLC
        David A. Longeretta, Esq.
        *Attorneys for Defendant Nicholas Kieffer*
        298 Genesee Street
        Utica, New York 13502

3

Hughes Socol Piers Resnick Dym, Ltd.
Elizabeth Mazur, Esq.
Kate E. Schwartz, Esq.
*Attorneys for Plaintiffs*
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602

Faraci Lange, LLP
Stephen G. Schwarz, Esq.
Joshua M. Mankoff, Esq.
*Attorneys for Plaintiffs*
1882 South Winton Road, Suite 1
Rochester, New York 14618

Luibrand Law Firm, PLLC
Elizabeth M. Harmon, Esq.
Kevin A. Luibrand, Esq.
*Attorneys for Defendant Matthew Galliher*
950 New Loudon Road, Suite 270
Latham, New York 12110

Lamarche Safranko Law PLLC
Andrew R. Safranko, Esq.
Joshua R. Friedman, Esq.
Lily G. Killar, Esq.
Nicholas J. Evanovich, III, Esq.
*Attorneys for Nicholas Anzalone*
987 New Loudon Road
Cohoes, New York 12047

Sugarman Law Firm LLP
Corey J. Schoomaker, Esq.
Stephen A. Davoli, Esq.
*Attorneys for Defendant Michael Along*
211 West Jefferson Street
Syracuse, New York 13202

Zimmer Law Office PLLC
Kimberly M. Zimmer, Esq.
*Attorneys for Defendant Shea Schoff*
120 E. Washington Street, Suite 815
Syracuse, New York 13202

Barclay Damon LLP
Jennifer Hopkins, Esq.

*Attorneys for Defendant Shea Schoff*
1742 N Street, NW
Washington, DC 20036

Paul Tuck Attorney at Law PLLC
Paul J. Tuck, Esq.
*Attorneys for Defendant David Walters*
P.O. Box 44
Manlius, New York 13104

Nave Law Firm
Brady J. O'Malley, Esq.
*Attorneys for Kyle Dashnaw*
231 Walton Street
Syracuse, New York 13202

Milber Makris Plousadis & Seiden, LLP
Andrew F. Pisanelli, Esq.
*Attorneys for Defendant Abedin Mehmedovic*
100 Manhattanville Road, Suite 4e20
Purchase, New York 10577

New York State Attorney General
William A. Scott, Esq.
Chi-Hsin E. Engelhart, Esq.
*Attorneys for Daniel Martuscello, III*
State Capitol
Albany, New York 12224

Saunders Kahler, L.L.P.
Michael D. Callan, Esq.
*Attorneys for Travis Tabor*
181 Genesee Street, Suite 501
Utica, New York 13501

Smith, Sovik, Kendrick & Sugnet, P.C.
Thomas J. DeBernadis, Esq.
*Attorneys for Defendant John Bankert*
250 South Clinton Street, Suite 600
Syracuse, New York 13202

Finn Law Offices
Ryan M. Finn, Esq.
*Attorneys for Defendant Jared Popeil*
733 Broadway, Suite 1
Albany, New York 12207

5

Hancock Estabrook LLP
Thomas J. Murphy, Esq.
*Attorneys for Defendant Danielle Medbury*
1800 AXA Tower 1, 100 Madison St
Syracuse, New York 13202

Fitzgerald Morris Baker Firth, P.C.
John D. Aspland, Esq.
*Attorneys for Defendant Michael D'Amore*
68 Warren Street
Glens Falls, New York 12801

David Kingsley
*Pro Se Defendant*
26 North Main Street
Adams, New York 13604

Michael Fisher
*Pro Se Defendant*
124 South Crescent Dr.
Rome, New York 13440

Christopher Walrath
*Pro Se Defendant*
117 Dockey Road
Little Falls, New York 13365

Michael Mashaw
*Pro Se Defendant*
25-R-3903
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788

Glenn Trombley
*Pro Se Defendant*
10186 Washington Street
Copenhagen, New York 13626

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRIAN LAUDADIO, Monroe County Public
Administrator, in his capacity as Administrator of the
ESTATE OF ROBERT L. BROOKS SR.,

**CERTIFICATE OF SERVICE**

Civil Case No.: 9:25-cv-00068
(AMN/ML)

                              Plaintiff,

        -against-

ANTHONY FARINA, MATTHEW GALLIHER,
NICHOLAS ANZALONE, DAVID KINGSLEY,
NICHOLAS KIEFFER, ROBERT KESSLER,
MICHAEL FISHER, CHRISTOPHER WALRATH,
MICHAEL ALONG, SHEA SCHOFF, DAVID
WALTERS, MICHAEL MASHAW,
GLENN TROMBLEY, KYLE DASHNAW,
ABEDIN MEHMEDOVIC, SHERRI ABREU,
STEVEN CAUFIELD, BOBBI BEDIENT, TRAVIS
TABOR, JOHN BANKERT, JARED POPEIL,
DANIELLE MEDBURY, MICHAEL D'AMORE,
DANIEL MARTUSCELLO III, and other as yet
identified individuals.

                              Defendants.

---

        I hereby certify that on May 29, 2026, my office electronically filed the Answer to Bobbi

Bedient's Cross-Claim on behalf of Defendant Anthony Farina, with the Clerk of the District Court

using the CM/ECF system, which sent notification of such filings to the attorneys on record.

        Furthermore, I hereby certify that my office has mailed the above-named document by the

United States Postal Service to the following non-CM/ECF participants:

        David Kingsley
        *Pro Se Defendant*
        26 North Main Street
        Adams, New York 13604

1

Michael Fisher
*Pro Se Defendant*
124 South Crescent Dr.
Rome, New York 13440

Christopher Walrath
*Pro Se Defendant*
117 Dockey Road
Little Falls, New York 13365

Michael Mashaw
*Pro Se Defendant*
25-R-3903
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788

Glenn Trombley
*Pro Se Defendant*
10186 Washington Street
Copenhagen, New York 13626

Dated:  May 29, 2026        GIRVIN & FERLAZZO, P.C.
     Albany, New York

By: _____
Daniel S. L. Rubin, Esq. (Bar Roll No. 518414)
Bonnie R. Watson, Esq. (Bar Roll No. 701354)
*Attorneys for Defendant Anthony Farina*
20 Corporate Woods Blvd., 2nd Floor
Albany, New York 12211
Telephone: (518) 462-0300
dsr@girvinlaw.com
brw@girvinlaw.com

2