**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

BRIAN LAUDADIO, Monroe County Public
Administrator, in his capacity as Administrator of the
ESTATE OF ROBERT L. BROOKS SR.,

        Plaintiff,

        v.

ANTHONY FARINA, MATTHEW GALLIHER,
NICHOLAS ANZALONE, DAVID KINGSLEY,
NICHOLAS KIEFFER, ROBERT KESSLER,
MICHAEL FISHER, CHRISTOPHER WALRATH,
MICHAEL ALONG, SHEA SCHOFF, DAVID
WALTERS, MICHAEL MASHAW,
GLENN TROMBLEY, KYLE DASHNAW,
ABEDIN MEHMEDOVIC, SHERRI ABREU,
STEVEN CAUFIELD, BOBBI BEDIENT, TRAVIS
TABOR, JOHN BANKERT, JARED POPEIL,
DANIELLE MEDBURY, MICHAEL D'AMORE,
DANIEL MARTUSCELLO III, and other as yet
identified individuals.

        Defendants.

---

**No. 9:25-cv-0068-AMN-ML**

**JOINT STATUS REPORT**
**REGARDINDG**
**MANDATORY MEDIATION**

Pursuant to the Court's June 8, 2026 text order, *see* ECF No. 754, Plaintiff submits the following joint status report on mandatory mediation:

***Plaintiff's position.*** In early 2026, counsel for the State in the Court of Claims matter requested a demand for settlement of all claims arising out of the death of Robert L. Brooks, Sr., including claims brought in the Court of Claims and in this case. Counsel for the State indicated that the State was open to discussing a settlement of all claims in both cases, but that any settlement would need to be accomplished through the Court of Claims matter.

In response, in early April 2026, Plaintiff communicated a demand to the State to settle all claims asserted in both the Court of Claims matter and this matter. This communication included an exhaustive summary of facts learned through discovery to date, analysis of similar cases, a compilation video, and a monetary demand. Plaintiff also proposed a mediator. On June 16, 2026, counsel for Plaintiff conferred with counsel for the State about next steps toward possible resolution. The State indicated it is still reviewing Plaintiff's demand and that it intends to formally respond to Plaintiff's demand later this summer. The State also plans to propose alternate mediators. It is possible that Plaintiff and the State will be in mediation by August.

Plaintiff does not believe that mandatory mediation in this Court would facilitate resolution at this time. The State is the putative indemnitor of the individually named Defendants in this case, but it is not a party in this case. Plaintiff believes the best path toward potential resolution of its claims in this matter is to continue its discussions directly with counsel for the State.

***Defendants' position.*** Plaintiff presented its position to all parties in this case. Several defendants expressly agree with Plaintiff that mandatory mediation would not be fruitful at this point. No Defendant expressed a contrary view as to mandatory mediation.

Respectfully submitted:


/s/ Kate Schwartz
*Counsel for Plaintiff*

Stephen G. Schwarz
Josh Mankoff
FARACI LANGE, LLP
1822 South Winton Road, Suite 1
Rochester, New York 14618
Tel: 585.325.5150
Fax: 585.325.3285
sschwarz@faraci.com
jmankoff@faraci.com

Elizabeth Mazur
Kate Schwartz
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
Tel: (312) 604-2726
Fax: (312) 604-2726
emazur@hsplegal.com
kschwartz@hsplegal.com

## <u>CERTIFICATE OF SERVICE</u>

I, Kate Schwartz, hereby certify that on June 18, 2026, I caused the **Joint Status Report on Mandatory Mediation** to be served on all counsel of record by electronically filing the same on the CM/ECF system, and on the following:

>Michael Fisher (via email and U.S. mail)
>124 South Crescent Dr.
>Rome, NY 13440
>mdf2196456@gmail.com
>
>Michael Mashaw (via U.S. mail)
>DIN: 25R3903
>Woodbourne Correctional Facility
>99 Prison Road
>P.O. Box 1000
>Woodbourne, NY 12788-1000
>
>Glenn Trombley (via U.S. mail)
>10186 Washington St.
>Copenhagen, NY 13626
>
>Christopher Walrath (via U.S. mail)
>DIN: 25B1895
>Clinton Correctional Facility
>1156 Rt. 374
>P.O. Box 2001
>Dannemora, NY 12929-2000
>
>David Kingsley (via U.S. mail)
>DIN: 25B4105
>Elmira Correctional Facility
>1879 Davis Street
>P.O. Box 500
>Elmira, NY 14901-0500

                                     /s/ Kate Schwartz