**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

BRIAN LAUDADIO, Monroe County Public Administrator, in his capacity as Administrator of the ESTATE OF ROBERT L. BROOKS SR.,

Plaintiff,

v.

ANTHONY FARINA, MATTHEW GALLIHER, NICHOLAS ANZALONE, DAVID KINGSLEY, NICHOLAS KIEFFER, ROBERT KESSLER, MICHAEL FISHER, CHRISTOPHER WALRATH, MICHAEL ALONG, SHEA SCHOFF, DAVID WALTERS, MICHAEL MASHAW, GLENN TROMBLEY, KYLE DASHNAW, ABEDIN MEHMEDOVIC, SHERRI ABREU, STEVEN CAUFIELD, BOBBI BEDIENT, TRAVIS TABOR, JOHN BANKERT, JARED POPEIL, DANIELLE MEDBURY, MICHAEL D'AMORE, DANIEL MARTUSCELLO III, and other as yet identified individuals.

Defendants.

**No. 9:25-cv-0068-AMN-ML**

**JOINT STATUS REPORT OF PLAINTIFF AND DOCCS REGARDING PROGRESS AND COMPLETION OF DOCCS DISCOVERY**

Pursuant to the Court's July 31, 2026, text order, *see* ECF No. 799, Plaintiff and the Department of Corrections and Community Supervision ("DOCCS") submit the following Joint Status Report concerning the progress and status of completion of all discovery from DOCCS.

**1. DOCCS's ESI Production**

As previously reported, *see* ECF No. 732, DOCCS is relying on the OAG's review and production of ESI in the Court of Claims matter for its review and production of ESI responsive to Plaintiff's subpoena. Since the last status report of Plaintiff and DOCCS, filed on July 30, 2026, *see* ECF No. 798, OAG made a third rolling production of ESI on August 7, 2026, totaling 11,824

documents. OAG is expected to meet the October 12, 2026, deadline, set by this Court and the Court of Claims, to complete its final ESI production and produce its final privilege log.

Pursuant to this Court's July 23, 2026, text order, directing and authorizing Plaintiff to provide Defendants in this matter with all discovery materials obtained by Plaintiff in the related NYS Court of Claims case, *see* ECF No. 793, and pursuant to the procedures set forth in the confidentiality order in effect in the NYS Court of Claims case, Plaintiff notified counsel for the State on August 10, 2026, that it intends to produce the above-referenced ESI production and other specified State-produced documents to the Defendants in this case in 30 days, on September 10, 2026.

**2. Supplemental Discovery Concerning WilmerHale Report**

As previously reported, *see* ECF Nos. 777 and 798, on July 6, 2026, Plaintiff formally requested that DOCCS supplement its subpoena response to include documents underlying the Wilmer Hale Report,[1] which DOCCS posted on its website on the afternoon of July 2, 2026.

On July 24, 2026, DOCCS provided Plaintiff's counsel with an 8-page list of the documents DOCCS provided to WilmerHale. On July 30, 2026, Plaintiff's counsel sent DOCCS counsel a marked-up version of that list, identifying the documents of interest to Plaintiff. During a videoconference on August 19, counsel for DOCCS indicated that DOCCS requested the specified documents from Wilmer Hale and expects to receive the documents at the end of August. DOCCS

[1] As discussed in prior status reports, the 277-page Wilmer Hale Report concerns DOCCS' patterns and practices regarding the use of force and provides the firm's findings concerning systemic issues in the wake of the killings of Robert Brooks and Messiah Nantwi. *See* Report Concerning the New York State Department of Corrections and Community Supervision, June 29, 2026, available at https://doccs.ny.gov/system/files/documents/2026/07/wilmerhale_-doccs-report_062926.pdf. Also as previously discussed, the Report, and the underlying data on which is relies, is responsive to Plaintiff's subpoena to DOCCS and centrally relevant to Plaintiff's claims against Defendants Martuscello, D'Amore, and Medbury.

intends to produce these documents to Plaintiff on a rolling basis but anticipates withholding some of the documents and will require several weeks to review them and make that determination.

In addition, counsel for DOCCS indicated that it has not received and does not intend to request an unredacted copy of the Wilmer Hale Report. At present, counsel for Plaintiff and DOCCS disagree as to whether DOCCS should request from Wilmer Hale and produce to Plaintiff an unredacted copy of the Report as part of its supplemental subpoena response. This may be an issue that will require resolution by the Court should Plaintiff and DOCCS fail to reach an agreement after continuing to meet and confer.

Counsel for Plaintiff and DOCCS have agreed to confer again on September 25, 2026. Accordingly, Plaintiff and DOCCS recommend that they submit another Joint Status Report by October 2, 2026, to apprise the Court of any further developments.

Respectfully submitted:

/s/ Kate Schwartz
*Counsel for Plaintiff*

Stephen G. Schwarz
Josh M. Mankoff
FARACI LANGE, LLP
1822 South Winton Road, Suite 1
Rochester, New York 14618
Tel: 585.325.5150
Fax: 585.325.3285
sschwarz@faraci.com
jmankoff@faraci.com

Elizabeth Mazur
Kate Schwartz
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
Tel: (312) 604-2726
Fax: (312) 604-2726
emazur@hsplegal.com
kschwartz@hsplegal.com

**CERTIFICATE OF SERVICE**

I, Kate Schwartz, hereby certify that on August 25, 2026, I caused the foregoing JOINT STATUS REPORT OF PLAINTIFF AND DOCCS REGARDING PROGRESS AND COMPLETION OF DOCCS DISCOVERY to be served: a) on all counsel of record by filing it on the CM/ECF system, and also b) on the following, by the methods listed below:

Michael Fisher (via U.S. mail)
737 W. Liberty St.
Rome, NY 13440

Michael Mashaw (via U.S. mail)
DIN: 25R3903
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, NY 12788-1000

Glenn Trombly (via U.S. mail)
Oneida County Correctional Facility, NY
Glenn Trombly #38560
P.O. Box 807
Syracuse, NY 13201

Christopher Walrath (via U.S. mail)
SBI: OS01964951
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

David Kingsley (via U.S. mail)
DIN: 25B4105
Elmira Correctional Facility
1879 Davis Street
P.O. Box 500
Elmira, NY 14901-0500

Department of Corrections and Community Supervision (via email)
Office of Counsel
Patrick Domery
patrick.domery@doccs.ny.gov

/s/ Kate Schwartz