HSPRD

70 West Madison Street
Suite 4000
Chicago, Illinois 60602
T 312.580.0100
F 312.580.1994
hsplegal.com

**ELIZABETH MAZUR**
*Tel* 312-604-2726
*Fax* 312-604-2727
emazur@hsplegal.com

September 18, 2026

***Via CMECF filing***

Hon. Miroslav Lovric
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

*Re: Estate of Brooks v. Farina, et al., 25 CV 68 (N.D.N.Y.)*

Dear Magistrate Judge Lovric,

Plaintiff writes to notify the Court and parties that Plaintiff has reached an agreement with the State of New York in the Court of Claims matter to resolve, through the Court of Claims matter, all claims relating to the death of Robert L. Brooks Sr. That agreement extends to all claims Plaintiff has asserted against all Defendants in this case.

Plaintiff and the State are in the process of completing paperwork and obtaining court approvals necessary to finalize the settlement agreement.

Plaintiff therefore respectfully requests that the Court stay proceedings in this case until such time as all court approvals have been obtained and payment is made. At that time, Plaintiff intends to file a motion pursuant to Federal Rule of Civil Procedure 41(a)(2) seeking an order dismissing this action with prejudice.

Sincerely,

Elizabeth Mazur

cc: All counsel of record via the CMECF system

Michael Mashaw (pro se) (via U.S. mail)
DIN: 25R3903
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, NY 12788-1000

Michael Fisher (in default) (via U.S. mail)
737 W. Liberty St.
Rome, NY 13440

Glenn Trombly (in default) (via U.S. mail)
Oneida County Correctional Facility, NY
Glenn Trombly #38560
P.O. Box 807
Syracuse, NY 13201

Christopher Walrath (in default) (via U.S. mail)
SBI: OS01964951
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

David Kingsley (in default) (via U.S. mail)
DIN: 25B4105
Elmira Correctional Facility
1879 Davis Street
P.O. Box 500
Elmira, NY 14901-0500